# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

KRIS WARNER, in his Official Capacity as WEST VIRGINIA SECRETARY OF STATE,

*Defendant*.

Case No.: 2:26-cv-00156

**DECLARATION OF JOHN CASE**

I, John Case, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the current President of the West Virginia Alliance for Retired Americans (the "Alliance"). I also serve as a trustee of the Eastern Panhandle Central Labor Council. Before my retirement, I was a member of the United Electrical Workers for fifteen years and worked in software engineering for many years. I am currently 79 years old, and I have been a registered West Virginia voter for more than 20 years.

3. The Alliance is a nonpartisan organization incorporated in West Virginia under Chapter 31E of the West Virginia Code and is a 501(c)(4) nonprofit, social welfare organization under the Internal Revenue Code. It is a chartered state affiliate of the Alliance for Retired Americans.

4. The Alliance has approximately 51,766 members across West Virginia. Its

1

members include retirees from public and private sector unions, community organizations, and individual activists. Most of our members are over 60 years old.

5.      The Alliance's mission is to ensure social and economic justice and full civil rights that retirees have earned after a lifetime of work. It achieves its mission by dedicating resources to grassroots advocacy, mobilization around issues of interest to retirees in the state and federal legislature, and the creation of educational materials, presentations, letter writing campaigns, and email and outreach activities. This work allows the Alliance to promote key issues such as advocating for safety measures and benefits for mine workers, affordable prescription drug pricing, expansion of public workers' retirement benefits, protection of Social Security benefits, and the expansion of Medicare and Medicaid benefits on behalf of our members.

6.      The Alliance also advances its mission by ensuring that its members actively participate in and vote in West Virginia's elections. To this end, we organize and participate in "get out the vote" campaigns, including retiree phone banks and door-to-door campaigning. During these "get out the vote" activities, we have many conversations with our members and encourage them to vote and try to assist them in navigating the voting process if they need help. These activities are central to achieving the Alliance's core mission—by turning out our members to vote, the Alliance builds its constituency's political power and ability to achieve our legislative goals.

7.      I understand that the Department of Justice's lawsuit seeks to compel Secretary Warner to turn over the State's complete, unredacted voter file, which includes driver's license numbers, partial social security numbers, and birthdates.

8.      If the Department of Justice is successful in obtaining this information, I am concerned it will frustrate the Alliance's civic engagement and voter turnout work. I also fear it

2

will harm me personally as a West Virginia voter whose privacy rights will be invaded.

9.    The privacy and security of Alliance members' information is of great importance to the Alliance as an organization. The senior community is deeply concerned about the risks of social security fraud, identity theft, and other types of financial fraud, which are oftentimes targeted at older citizens. In my experience, seniors are wary of conducting their lives or engaging in activities that will increase the chance that their private data will be turned over to third parties without knowledge or authorization. In fact, in response to the increasing number of fraudulent schemes targeting the elderly, including our members, we have employed different outreach strategies to educate and warn our members about the various ways in which scams and fraud campaigns can manifest.

10.    But the federal government's lawsuit undermines this program by exacerbating the very risks that the Alliance is trying to mitigate. It seeks the kinds of unique identifiers and other personalized information that are common points of access for hackers, identity thieves, and other malicious actors.

11.    I formerly worked in software security, so I take great care to ensure my personal information does not fall into the hands of other individuals. I am aware of the havoc that financial fraud, including social security fraud, identity theft, and other types of fraud, can wreak on a person's life. I am also aware of many Alliance members who have been the victims of fraudulent schemes. I am extremely concerned that the disclosure of sensitive personal information to the Department of Justice will only make it easier for such campaigns to be waged against me and those in my community.

12.    Additionally, if the Department of Justice's lawsuit is successful, it will directly undermine our members' confidence in our electoral process. I fear that the disclosure of West

3

Virginia's entire database of voter information to the Department of Justice could be weaponized and used in unpredictable ways that pose a threat to free and fair elections in the future.

13.    Indeed, given the Trump Administration's carelessness regarding personal data—as shown, for example, by the Department of Government Efficiency's poor track record of preventing data breaches—neither I, nor many of the Alliance's members, trust that the federal government will take diligent care to safeguard the confidentiality of our personal data.

14.    Finally, through my civic and community engagement work, I am aware that West Virginia law provides extensive and strong protection for sensitive information contained in voter registration records. As a voter, West Virginia's longstanding commitment to the security and privacy of this information gives me confidence that my personal information is secure. This has become increasingly important to me both as a voter and a community activist in the current national climate, where persons in and aligned with the federal government have increasingly called for and even moved to punish persons they see as political enemies.

15.    But the actions that the Department of Justice has taken to compel the production of sensitive personal information of West Virginia voters do not give me confidence that the Department will respect federal or state privacy laws. Neither I, nor the Alliance's members, trust that the federal government will take diligent care and commit to safeguard the confidentiality of our personal data. Instead, I fear the federal government may use this information in unpredictable and nefarious ways that neither I nor the Alliance's members more broadly have any control over. Once this information is released, the harm is done—there is no effective way to claw that information back and neutralize the threat disclosure poses to us.

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/4/26

John Case