## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>KRIS WARNER, in his Official Capacity as WEST VIRGINIA SECRETARY OF STATE,<br><br>*Defendant*. | Case No.: 2:26-cv-00156 |

### [PROPOSED] ORDER GRANTING WEST VIRGINIA ALLIANCE FOR RETIRED AMERICANS' MOTION TO INTERVENE AS DEFENDANT

Upon consideration of the Motion to Intervene as Defendant filed by the West Virginia Alliance for Retired Americans, alongside the materials filed in support thereof, as well as any opposition thereto, the Court finds good cause, and it is hereby **ORDERED** that the Motion is **GRANTED.**

It is further **ORDERED** that Proposed Intervenor may file a Rule 12(b) motion within the time period prescribed by the Federal Rules of Civil Procedure or pursuant to any schedule set by this Court.

IT IS SO ORDERED on this _____ day of _____, 2026.

_____
Hon. Thomas E. Johnston
U.S. District Court for the Southern District of West Virginia