# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

*Plaintiff(s)*

v.

KRIS WARNER, in his Official Capacity as WEST VIRGINIA SECRETARY OF STATE

**Civil Action No.** 2:26-cv-000156

*Defendant(s)/*
*Third-Party Plaintiff(s)*

v.

*Third-Party Defendant(s)*

# DISCLOSURE STATEMENT

Pursuant to F R Civ P 7.1 or F R Crim P 12.4,  West Virginia Alliance for Retired Americans

*(name of party/intervenor)*

who is _____Intervenor-Defendant_____ makes the following disclosure:

*(type of party (plaintiff/defendant/other))*

1.  Is the party/intervenor a publicly held corporation or other publicly held entity?

☐ Yes      ☑ No

2.  Does the party/intervenor have any parent corporations?

☐ Yes      ☑ No

If yes, identify all parent corporations:

3. Is 10% or more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

☐ Yes  ☑ No

If yes, identify all such owners:

4. In a case based on diversity jurisdiction under 28 U.S.C. § 1332(a), the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor making this disclosure:

| | |
|---|---|
| *(individual or entity)* | *(state of citizenship)* |
| *(individual or entity)* | *(state of citizenship)* |
| *(individual or entity)* | *(state of citizenship)* |
| *(individual or entity)* | *(state of citizenship)* |

If there are additional individuals or entities, please provide their names and states of citizenship on a separate piece of paper.

The undersigned party understands that under F R Civ P 7.1 or F R Crim P 12.4, it will promptly file a supplemental statement upon any change in the information that this statement requires.

*Date:* March 6, 2026

*s/* *Christina L. Smith*
*Signature of Counsel for Party*

*Name:* Christina L. Smith

*State Bar No.:* 7509

*Office:* Powell & Majestro PLLC

*Mailing Address:* 405 Capitol Street, Suite 807

*State/City/Zip Code:* Charleston, WV 25301

*Telephone:* 304-346-2889

*Email:* csmith@powellmajestro.com