# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

THE UNITED STATES OF AMERICA

**STATEMENT OF VISITING ATTORNEY**
**AND DESIGNATION OF LOCAL COUNSEL**

**v.**

CIVIL CASE NO.     2:26-cv-00156

KRIS WARNER, in his Official Capacity as WEST
VIRGINIA SECRETARY OF STATE

---

### VISITING ATTORNEY INFORMATION

| | | |
|---|---|---|
| Elisabeth Frost | 1007632 | DC |
| Name of Visiting Attorney | Bar ID Number | State |

Elias Law Group LLP
Visiting Attorney's firm name

250 Massachusetts Ave. NW, Suite 400, Washington, DC 20001
Visiting Attorney's mailing address, City, State and Zip

| | |
|---|---|
| 202-968-4490 | efrost@elias.law |
| Visiting Attorney's office telephone number | Visiting Attorney's Email address |

District of Columbia, 901 4th St NW Suite 700, Washington, DC 2000
~~New York, 1 Elk St, Albany, New York 12207~~
Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

---

### PARTY INFORMATION

Proposed Intervenor West Virginia Alliance for Retired Americans
Name of party represented

---

### SPONSORING ATTORNEY INFORMATION

| | | |
|---|---|---|
| Christina L. Smith, Powell & Majestro PLLC | 7509 | **WV** |
| Name of Sponsoring Attorney and firm name | Bar ID Number | State |

405 Capitol Street, Suite 807, Charleston, WV 25301

Sponsoring Attorney's mailing address, City, State and Zip

| | |
|---|---|
| 304-346-2889 | csmith@powellmajestro.com |
| Sponsoring Attorney's office telephone number | Sponsoring Attorney's Email address |

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case and complied with the West Virginia State Bar's requirement for attorneys admitted pro hac vice.

I understand that attorneys admitted pro hac vice may register for service by electronic means pursuant to the Federal Rules, and for privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system. I further understand that all filings must be electronically submitted by local counsel.

3/5/2026
_____
Date

s/ Elisabeth Frost
_____
Signature of Visiting Attorney


## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign and electronically file all papers that require the signature of an attorney.

3/5/2026
_____
Date

s/ Christina L. Smith
_____
Signature of Sponsoring Attorney