| **From:** | Lucas Lallinger |
| **To:** | Lucas Lallinger |
| **Subject:** | FW: Transaction Receipt from The West Virginia State Bar for $355.00 (USD) |
| **Date:** | Thursday, March 5, 2026 9:05:42 PM |

**From:** Auto-Receipt <noreply@mail.authorize.net>

**Date:** Thursday, March 5, 2026 at 8:48 PM

**To:** Elisabeth Frost <efrost@elias.law>

**Subject:** Transaction Receipt from The West Virginia State Bar for $355.00 (USD)

You don't often get email from noreply@mail.authorize.net. Learn why this is important

| Order Information | |
| --- | --- |
| Description: | Webform Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 0b81c13089898e0b293b |
| Customer ID | 59205 |

| Billing Information | Shipping Information |
| --- | --- |
| Elisabeth Frost | |
| 250 Massachusetts Ave NW | |
| Washington 20001 | |
| efrost@elias.law | |

**Total:  $355.00 (USD)**

| Payment Information | |
| --- | --- |
| Date/Time: | 5-Mar-2026 17:48:09 PST |
| Transaction ID: | 121508710189 |
| Payment Method: | American Express xxxx1332 |
| Transaction Type: | Purchase |
| Auth Code: | 234707 |

**Merchant Contact Information**

The West Virginia State Bar
Charleston, WV 25311
US
halls@wvbar.org
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.