| | |
|---|---|
| **From:** | Auto-Receipt |
| **To:** | Lucas Lallinger |
| **Subject:** | Transaction Receipt from The West Virginia State Bar for $355.00 (USD) |
| **Date:** | Thursday, March 5, 2026 8:43:31 PM |

You don't often get email from noreply@mail.authorize.net. Learn why this is important

### Order Information

| | |
|---|---|
| Description: | Webform Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 6d001b08fd5c22695e52 |
| Customer ID | 59204 |

**Billing Information**              **Shipping Information**
Lucas Lallinger
250 Massachusetts Ave NW
Washington 20001
llallinger@elias.law

**Total:  $355.00 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 5-Mar-2026 17:43:21 PST |
| Transaction ID: | 121508705479 |
| Payment Method: | American Express xxxx1332 |
| Transaction Type: | Purchase |
| Auth Code: | 248637 |

### Merchant Contact Information

The West Virginia State Bar
Charleston, WV 25311
US
halls@wvbar.org
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.