UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>KRIS WARNER, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey<br><br>Defendant(s). | Case Number: 2:26-cv-00156-TEJ<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE**

Will the Court please note the appearance of Christopher J. Gardner, Esq. as counsel on behalf of the United States.

March 12, 2026

/s/ Christopher J. Gardner
CHRISTOPHER J. GARDNER
Civil Rights Division
4 Constitution Square
150 M Street, Room 8.141
Washington, D.C. 20002
T: (202) 812-2631
E: Christopher.Gardner@usdoj.gov
Attorney for the United States

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 12, 2026, a true and correct copy of the foregoing document was served via email to all counsel of record.

<u>/s/ Christopher J. Gardner</u>
CHRISTOPHER J. GARDNER
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
T: (202) 812-2631
E: Christopher.Gardner@usdoj.gov
Attorney for the United States