**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. 2:26-cv-00156 |
| KRIS WARNER, in his Official Capacity as WEST VIRGINIA SECRETARY OF STATE, | |
| *Defendant*. | |

### <u>WEST VIRGINIA CITIZEN ACTION GROUP'S MOTION TO INTERVENE AS DEFENDANT</u>

Proposed Intervenor-Defendant West Virginia Citizen Action Group (CAG) moves to intervene as a defendant in the above-captioned lawsuit to safeguard the substantial and distinct legal interests of itself and its members. For the reasons discussed in the memorandum of support, filed herewith, Proposed Intervenor-Defendant is entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, Proposed Intervenor-Defendant requests permissive intervention under Rule 24(b). Pursuant to Rule 24(c), Proposed Intervenor-Defendant files a Proposed Answer attached to this Motion as a proposed pleading.[1] Proposed Intervenor-Defendant respectfully requests that the Court set a schedule regarding this motion to intervene that allows for its participation in any future briefings or hearings. Otherwise, Proposed Intervenor-Defendant's interests are at risk of being severely and irreparably harmed, as described more fully in the memorandum in support of this motion.

---

[1] Proposed Intervenors attach a proposed answer to this Motion in compliance with Rule 24(c)'s pleading requirement but intend to file a Rule 12(b) motion within the time period prescribed by the Federal Rules of Civil Procedure or this Court.

WHEREFORE, Proposed Intervenor-Defendant requests that the Court grant it leave to intervene in the above-captioned matter.

April 2, 2026                                  Respectfully submitted,

                                              /s/ Aubrey Sparks

Aubrey Sparks (WV Bar No. 13469)              Brent Ferguson*
Robb Livingood (WV Bar No. 11974)             Daniel S. Lenz*
American Civil Liberties Union of             Sejal Jhaveri*
West Virginia Foundation                      Renata O'Donnell*
P. O. Box 3952                                Kate Hamilton*
Charleston, WV 25339-3952                     Alexis Grady*
asparks@acluwv.org                            Campaign Legal Center
                                              1101 14th St. NW, Suite 400
Adriel I. Cepeda Derieux*                     Washington, DC 20005
American Civil Liberties Union Foundation     Tel: (202) 736-2200
915 15th Street NW                            Fax: (202) 736-2222
Washington, DC 20005                          bferguson@campaignlegalcenter.org
(202) 457-0800                                dlenz@campaignlegalcenter.org
acepedaderieux@aclu.org                       sjhaveri@campaignlegalcenter.org
                                              rodonnell@campaignlegalcenter.org
Theresa J. Lee*                               khamilton@campaignlegalcenter.org
Sophia Lin Lakin*                             agrady@campaignlegalcenter.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004                            Maura Eileen O'Connor *
(212) 549-2500                                Justin Lam*
tlee@aclu.org                                 Brennan Center for Justice
slakin@aclu.org                               at NYU School of Law
                                              777 6th St. NW, Ste. 1100
                                              Washington, DC 20001
                                              Tel: (202) 249-7190
                                              oconnore@brennan.law.nyu.edu
                                              lamju@brennan.law.nyu.edu


                                              *Pro Hac Vice Applications Forthcoming

                                              Counsel for Proposed Intervenor-Defendant
                                              West Virginia Citizen Action Group

**CERTIFICATE OF SERVICE**

I, Aubrey Sparks, do hereby certify that on this April 2, 2026, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

Date: April 2, 2026                                    Signature: */s/ Aubrey Sparks*