**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. 2:26-cv-00156 |
| KRIS WARNER, in his Official Capacity as WEST VIRGINIA SECRETARY OF STATE, | |
| *Defendant*. | |

**INDEX OF EXHIBITS TO PROPOSED INTERVENOR-DEFENDANT WEST VIRGINIA CITIZEN ACTION GROUP'S MOTION TO INTERVENE AS DEFENDANT**

| Exhibit No. | Description |
|---|---|
| Exhibit A | Proposed Answer |
| Exhibit B | September 8, 2025 Letter |
| Exhibit C | September 22, 2025 Letter |
| Exhibit D | February 11, 2026 Letter |
| Exhibit E | Declaration of Julie Archer |
| Exhibit F | Declaration of Bruce Perrone |