# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

KRIS WARNER, in his Official Capacity as
WEST VIRGINIA SECRETARY OF STATE,

    *Defendant.*

Case No. 2:26-cv-00156

**DECLARATION OF JULIE ARCHER IN SUPPORT OF PROPOSED INTERVENOR-
DEFENDANT WEST VIRGINIA CITIZEN ACTION GROUP'S MOTION TO
INTERVENE AS DEFENDANT**

Pursuant to 28 U.S.C. § 1746, I, Julie Archer, declare as follows:

1.    I am an adult resident of the State of West Virginia and an eligible, registered voter.

2.    I currently serve as the Deputy Director of the West Virginia Citizen Action Group (CAG), a position I have held for a year and a half. I have been involved with CAG since 1999. Prior to serving as Deputy Director, I was a Project Manager and Coalition Coordinator, coordinating our work with partners and allies to improve ballot access and increase transparency and accountability in West Virginia elections. Prior to that role, I was a Research Analyst, focused on CAG's money in politics project.

3.    CAG is a nonpartisan, nonprofit organization that mobilizes West Virginians to protect and strengthen democracy in the state, particularly focusing on government accountability and transparency.

4.    CAG has more than 350 members. Members are individuals who have donated at least $15 to CAG within the calendar year. CAG also has approximately 150 volunteers, who carry out CAG's initiatives across West Virginia, some of whom are also members.

1

5.      In addition to our statewide efforts, CAG has local chapters throughout West Virginia. Local chapters focus on specific issues based on the needs of the chapter and its members.

6.      CAG and its members pursue a shared goal of making voting accessible to all eligible West Virginia voters.

7.      CAG has a long-standing interest in civic participation in West Virginia, as demonstrated by its engagement in communities across the state to register and educate voters. CAG regularly partners with other nonprofit organizations to register voters and engage in get-out-the-vote events. CAG co-hosts candidate forums to educate voters on the issues and on candidates' stances and share information. CAG has sent postcards to voters who were purged from voter lists to ensure that they can re-register in time to exercise their right to vote and has opposed unjustified purges of the voter rolls. CAG also runs texting campaigns to remind voters to vote, and to share important voting-related information and resources.

8.      CAG regularly provides information regarding pending legislation in West Virginia that could impact voting rights.

9.      CAG also regularly participates in advocacy days at the West Virginia Capitol to discuss voting rights legislation with legislators and advocate for CAG's pro-democracy views. CAG works to oppose bills that will make it harder for people to vote in West Virginia.

10.      CAG has worked to protect, preserve, and expand the voting rights of its members and all West Virginians. At the state level, CAG was recently active in opposing House Bill 3016, which required voters to present voter identification to exercise their right to vote. CAG submitted testimony to the legislative committees considering the Bill and sent action alerts to our members about the Bill. At the national level, CAG has been active in advocating for the pro-voter John R. Lewis Voting Rights Act and opposing the SAVE Act and the America First Legal Foundation

2

petition requesting that the Election Assistance Commission add documentary proof of citizenship to the federal voter registration form.

11. As politically active West Virginians, the vast majority of CAG's members and volunteers are registered voters who provided information—including sensitive personal information like social security and driver's license numbers—to Secretary of State Warner and the State in order to register to vote.

12. CAG's members are concerned about, and object to, this information being disclosed contrary to law.

13. CAG, as an organization, has an interest in protecting the voting and privacy rights of its members and all West Virginians.

14. CAG also has an interest in the appropriate and lawful handling of voter information. As part of its pro-democracy work, CAG encourages eligible West Virginia residents to register to vote and participate in elections. CAG is concerned that its efforts to encourage civic participation will be frustrated if West Virginians' sensitive private information is disclosed to the federal government because West Virginia residents will be more hesitant to engage in the political process for fear that their data will be misused. In addition, CAG fears that the federal government's aggressive demand for this data and the unknown purpose for demanding the data will sew mistrust in the democratic process and discourage people from participating.

15. CAG also has an interest in data privacy. For example, CAG members and volunteers have protested DOGE's unlawful collection and use of data.

16. CAG and its members have strong interests in this litigation to ensure that West Virginians' data is protected and to ensure that West Virginians continue to participate freely in the democratic process.

3

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 24, 2026

Julie Archer

4