

# Kris Warner
### Secretary of State
### State of West Virginia

1900 Kanawha Blvd. E.
Building 1, Suite 157K
Charleston, West Virginia 25305

Telephone: (304) 558-6000
Toll Free: 1-866-SOS-VOTE
Fax: (304) 558-0900
www.wvsos.gov

September 22, 2025

**Via U.S. Mail & E-mail**

Harmeet K. Dhillon
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue NW, 4CON
Washington, D.C. 20530

Dear Ms. Dhillon:

The Office of the West Virginia Secretary of State acknowledges receipt of your September 8, 2025, correspondence wherein the U.S. Department of Justice requests an unredacted electronic copy of West Virginia's statewide voter registration list. Your letter states that the list "should contain *all fields*," including a registrants' driver's license numbers and Social Security numbers.

As West Virginia's chief election official, the Secretary of State prioritizes the integrity of elections in this state and consistently strives to exceed both state and federal requirements for conducting uniform and nondiscriminatory list maintenance. Our Office ensures that county clerks – the local officials responsible for list maintenance – have the necessary data, tools, and guidance to complete their duties.

The Secretary of State obtains data from various sources, including the U.S. Department of Justice ("DOJ"), and provides it to county clerks through the Statewide Voter Registration System ("SVRS") for review and action on each identified record. The SVRS tracks, with county clerk action, records of voters who (1) have moved out of state, (2) have moved to a new address in the state, (3) are deceased in another state, (4) have been convicted of a felony and remain under conviction, or (5) are otherwise ineligible (*e.g.* noncitizens). These records are identified through interstate maintenance programs, federal data sources (*e.g.* Social Security Administration), federally recognized data sources (*e.g.* National Chage of Address Service), and others.

West Virginia's voter registration list maintenance statutes can be found in W. Va. Code §3-2-1, *et seq.* We commend the DOJ's efforts to ensure state compliance with federal voter registration list maintenance requirements. However, your letter neither identifies how West Virginia's procedures fail to comply, nor does it provide a factual basis supporting such a claim.

1

West Virginia law protects the sensitive personally identifiable information of its citizens, and the Secretary of State takes seriously his responsibility to safeguard such information from unauthorized disclosure. You cite several legal authorities in support of the DOJ's request for unrestricted access to West Virginia's statewide voter registration list, including provisions of the National Voter Registration Act ("NVRA"), 52 U.S.C. §20501 et seq.; the Help America Vote Act ("HAVA"), 52 U.S.C. §20901 et seq.; and Title III of the Civil Rights Act of 1960 ("CRA"), 52 U.S.C. §20701 et seq., to support the DOJ's demand.

However, our thorough review of these provisions reveals no authority compelling compliance with such a broad request, and your request cites no specific legal basis supporting disclosure of a registrants' sensitive personal information.

Even assuming the DOJ were authorized under federal law to conduct an "independent review of each state's list," your letter does not explain why disclosure of registrants' driver's license numbers and Social Security numbers is necessary to that review. While Congress has authorized the Attorney General to bring civil actions in district court for declaratory and injunctive relief under the NVRA and HAVA, neither Act requires states to disclose the sensitive personally identifiable information of their citizens.

Further, although the CRA imposes certain record-retention and preservation requirements, your letter does not establish how the DOJ's proposed "review" of West Virginia's voter registration list maintenance procedures falls within the statutory purpose set forth in 52 U.S.C. §20703.

West Virginia law provides that any person may examine the active, inactive, rejected and canceled voter registration records of West Virginia residents. W. Va. Code §3-2-30(a) requires that these files be maintained in electronic format and makes them available for examination and copying. However, the statute expressly prohibits disclosure of a registrant's telephone number, email address, Social Security number, driver's license number, or nonoperator's identification number issued by the West Virginia Division of Motor Vehicles.

In accordance with West Virginia law, the Secretary of State's Office makes voter registration lists available subject to these statutory limitations. The statewide voter list automatically includes name, residence address, party affiliation, status (active or inactive), and registration date. Additional information available upon request includes birthdate, mailing address, precinct number, congressional district, state senate district, state delegate district, and state magisterial district.

The attached "Voter Registration Data Services Request Form" must be used when requesting voter data. The fee for the statewide voter registration list $500. Please advise if you would like to purchase a copy of the list, specifying the desired delivery method and data format.

The Secretary of State respects your position in this matter and remains willing to work with your office towards an expeditious and amicable resolution within the limits of state and federal law. To assist your inquiry, we are willing to provide a detailed narrative of our voter roll list maintenance procedures if requested.

2

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

David P. Cook
General Counsel
Office of the West Virginia Secretary of State
Main:  (304) 558-6000
Email:  DCook@wvsos.gov

cc:    Via email: maureen.riordan2@usdoj.gov

3

# Office of the West Virginia Secretary of State

## Request for Voter Registration Data Instructions

In accordance with West Virginia Code §3-2-30, voter registration data will be made available through the West Virginia Secretary of State's office. The West Virginia Secretary of State's office relies on information recorded by County voter registration offices in the statewide voter registration system (ElectioNet). Although every effort is made to ensure the accuracy of the information we distribute, we cannot assume liability for inaccurate or incomplete data. The user assumes all liability associated with the use of such data.

### How to Order Voter Registration Data

The attached "Voter Registration Data Services Request Form" must be used when requesting voter data. The request may be mailed, faxed, or e-mailed using the contact information below. The total cost due is payable before delivery of voter data. Requests are filled on a first-come, first-served basis.

**NOTE: West Virginia Code §3-2-30(f) states that "No voter registration lists or data files containing voter names, addresses or other information derived from voter data files may be used for commercial or charitable solicitations or advertising, sold or reproduced for resale."**

| Fees for Statewide Voter Lists | | | Fees for Partial Voter Lists/List Updates** | |
|---|---|---|---|---|
| **(1)** Election Cycle Subscription Service* | $1,000 | | **(7)** Partial Voter Registration List | $25/hour |
| **(2)** Statewide Voter Registration List | $500 | | **(8)** Voter History List | $25/hour |
| **(3)** Master Voter History List Export | $500 | | **(9)** Complex Research Query | $25/hour |
| **(4)** Statewide Early Voters List | $200 | | **(10)** Update to (2), (4), (5), or (6) during the election year in which the list was requested | $25/hour |
| **(5)** Statewide Absentee Requests List | $200 | | | |
| **(6)** Statewide Absentee Received List | $200 | | **(11)** Update to (3) between the day following the request date and the completion of voter history | $25/hour |

\* The subscription service includes (1) Statewide Voter Registration List updated monthly throughout the year and updated daily starting thirty days prior to election day through election day; (2) Master Voter History List Export following certification of the primary, general and odd-year elections; (3) Statewide Mail-in Absentee Requests List and Statewide Mail-in Absentee Received List for the primary, general and odd-year elections, updated daily starting thirty days prior to election day through ten days following election day; and (4) Statewide Early Voters List for the primary, general and odd-year elections, updated daily starting on the first day of early voting through election day.

\*\*The price of partial voter registration lists and list updates are based on the current hourly rate as determined by the Secretary of State. The staff generating your request will contact you with an estimate of the number of hours needed to fulfill your request.

**Payment Options:**    Cash . Check (made payable to the WV Secretary of State) . Prepaid Account
Credit Card (MasterCard, Visa, Discover, or American Express)

**\*\*\* Please return your completed form by mail or e-mail to: \*\*\***
West Virginia Secretary of State's Office
**Attn: Elections Division**
1900 Kanawha Blvd East
Building 1, Suite 157-K
Charleston WV 25305
E-mail: svrs@wvsos.com

Rev. 8/9/2024

Office of the West Virginia Secretary of State

## Request for Voter Registration Data Services          Election Year _____

| **Delivery Style** (subject to file size) | **Data Format** |
|---|---|
| ☐ Cloud storage/transfer (FTP, Dropbox, *etc.*) <br> ☐ E-mail | ☐ MS Excel Spreadsheet *(not available for large files that exceed limits in Excel)* <br> ☐ Delimited Text File (.csv or .txt) <br> ☐ PDF File |

### Voter Information

| Your voter list will automatically include the following voter information: | Select any additional voter information you want to include in your voter list. | |
|---|---|---|
| ✓ **Name** <br> ✓ **Residence Address (+ County)** <br> ✓ **Party Affiliation** <br> ✓ **Status (Active or Inactive)** <br> ✓ **Registration Date** | ☐ Birthdate <br> ☐ Mailing Address <br> ☐ Precinct number <br> ☐ Congressional District | ☐ State Senate District <br> ☐ State Delegate District <br> ☐ State Magisterial District <br> ☐ Other _____ |

### Sort Order (if Paper List)

Enter up to three of the above categories in the order you want to sort your printable voter list.

1. _____

2. _____

3. _____

### ☐ Statewide Voter Lists

Select from the options below to receive a statewide voter registration list or subscription. Subscription files are in delimited text file format.

| | | | | |
|---|---|---|---|---|
| ☐ **Election Cycle Subscription Service** | $1000 | ☐ **Statewide Early Voters List** <br> ☐ ................update ($25/hour) | $200 |
| ☐ **Statewide Voter Registration List** <br> ☐ ................update ($25/hour) | $500 | ☐ **Statewide Absentee Requests List** <br> ☐ ................update ($25/hour) | $200 |
| ☐ **Master Voter History List Export** <br> ☐ ................update ($25/hour) | $500 | ☐ **Statewide Absentee Received List** <br> ☐ ................update ($25/hour) | $200 |

1

 Office of the West Virginia Secretary of State

---

☐ **Partial Voter List $25/hour**

The price of a partial voter registration list is based on the current hourly rate as determined by the Secretary of State. The staff generating your request will contact you with an estimate of the number of hours needed to fulfill your request. Follow the steps below to complete your partial voter registration list request.

1. **Select ONE of the categories below and enter the jurisdiction OR district of your choice.**
   - ☐ **Partial Statewide Voter Registration List\***
   - ☐ **Countywide Voter Registration List** for _____ Co.
   - ☐ **District Voter Registration List**
     - ▪ WV House of Delegates District _____
     - ▪ WV Senate District _____
     - ▪ US Congressional District _____
   - ☐ **Municipal Voter Registration List** for _____, _____ Co.
   - ☐ **Precinct Voter Registration List** for Pct. _____, _____ Co.

   \*If you select the **Partial Statewide Voter Registration List**, you must filter your list below. Go to the section for **Statewide Voter Lists** if you want a full list of registered voters in the state.

2. **Do you want all registered voters in the jurisdiction or district selected above?**
   - ☐ Yes (proceed to number 4)
   - ☐ No, filter my list

3. **If you choose to filter your list, please select the voters you want to include.**

| **Political Party** | **Voter Registration Status** |
|---|---|
| ☐ Democrat | ☐ Active voters |
| ☐ Libertarian | ☐ Inactive voters |
| ☐ Mountain | ☐ Both Active and Inactive voters |
| ☐ Republican | |
| ☐ Other | |
| ☐ All of the above | |

**Voter History (optional)**

4. **If want to include voter history in your voter registration list, please enter the elections you want to include.**

   Election: _____    Year: _____
   Election: _____    Year: _____
   Election: _____    Year: _____

5. **OR if you want your list to only include the voters you selected above who voted in a specific election, early voted, or participated in mail-in absentee voting, select from the options below.**

   ☐ **Voter History List**     Election: _____    Year: _____
   ☐ **Early Voters List**      Election: _____    Year: _____
   ☐ **Absentee Requests List** Election: _____    Year: _____
   ☐ **Absentee Received List** Election: _____    Year: _____

2



Office of the West Virginia Secretary of State

## ☐ Complex Research Query

If you have a more complex data request, please describe your request in detail below. Attach additional pages if needed.

_____

_____

_____

_____

_____

## Purchaser Contact Information

Name: _____    Phone: _____

Address: _____    E-mail: _____

_____

## Method of Delivery

☐ I will pick up my order at the WV Secretary of State's Office

Ship my order to:                            E-mail my order to:
☐ Same as contact information                ☐ Same as contact information

☐ Address: _____       ☐ E-mail: _____

_____

**The statement below must be completed before purchasing a voter list from the West Virginia Secretary of State's office:**

I, _____ **for** _____
            (name of purchaser)                        (organization, if any)

understand that West Virginia law prohibits the sale and use of the list of registered voters for commercial or charitable solicitations or advertising, and that I or my organization may not sell the list or reproduce it for resale. I hereby certify that the purposes for which the names and addresses of voters will be used are not in violation of this prohibition.

                                            Date: _____
_____
Signature

3