# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

UNITED STATES OF AMERICA

**STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL**

CIVIL CASE NO. ▼ 2:26-cv-00156

**v.**

KRIS WARNER, in his Official Capacity as WEST
VIRGINIA SECRETARY OF STATE

---

**VISITING ATTORNEY INFORMATION**

| | | |
|---|---|---|
| Daniel S. Lenz | 1082058 | WI |
| Name of Visiting Attorney | Bar ID Number | State |

Campaign Legal Center
Visiting Attorney's firm name

1101 14th St. NW, Suite 400, Washington, DC 20005
Visiting Attorney's mailing address, City, State and Zip

| | |
|---|---|
| (202) 736-2200 | dlenz@campaignlegalcenter.org |
| Visiting Attorney's office telephone number | Visiting Attorney's Email address |

WI Bar: 5302 Eastpark Blvd., Madison, WI 53718-2101; IL Bar: 20 S Clark St, Ste 820, Chicago, IL 60603-1802
Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

---

**PARTY INFORMATION**

Proposed Intervenor-Defendant Citizen Action Group
Name of party represented

---

**SPONSORING ATTORNEY INFORMATION**

| | | |
|---|---|---|
| Aubrey Sparks ACLU West Virginia | 13469 | **WV** |
| Name of Sponsoring Attorney and firm name | Bar ID Number | State |

PO Box 3952, Charleston, WV 25339
Sponsoring Attorney's mailing address, City, State and Zip

| | |
|---|---|
| 304-712-4640 | asparks@acluwv.org |
| Sponsoring Attorney's office telephone number | Sponsoring Attorney's Email address |

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case and complied with the West Virginia State Bar's requirement for attorneys admitted pro hac vice.

I understand that attorneys admitted pro hac vice may register for service by electronic means pursuant to the Federal Rules, and for privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system. I further understand that all filings must be electronically submitted by local counsel.

4/14/2026

Date

s/ Daniel S. Lenz

Signature of Visiting Attorney


## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign and electronically file all papers that require the signature of an attorney.

4/14/2026

Date

s/ Aubrey Sparks

Signature of Sponsoring Attorney

## Order Information

| | |
|---|---|
| Description: | Webform Payment: Pro Hac Vice - Case Payment |

| | |
|---|---|
| Invoice Number | 9cca680560a51a1db7bd |
| Customer ID | 59474 |

**Billing Information**                          **Shipping Information**

Daniel S. Lenz

1101 14th St. NW

Washington 20005

dlenz@campaignlegalcenter.org

**Total:  $355.00 (USD)**

## Payment Information

| | |
|---|---|
| Date/Time: | 15-Apr-2026 6:51:32 PDT |
| Transaction ID: | 121574878516 |
| Payment Method: | Visa xxxx1774 |
| Transaction Type: | Purchase |
| Auth Code: | 257844 |

## Merchant Contact Information

The West Virginia State Bar

Charleston, WV 25311

US

halls@wvbar.org

Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.