**L R Civ P 83.6 Form (Rev. 02/2025)**
**L R Cr P 44.6 Form (Rev. 02/2025)**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

UNITED STATES OF AMERICA

**STATEMENT OF VISITING ATTORNEY**
**AND DESIGNATION OF LOCAL COUNSEL**

**v.**

CIVIL CASE NO. [ ▼ ]  2:26-cv-00156 _____

KRIS WARNER, in his Official Capacity as WEST
VIRGINIA SECRETARY OF STATE

---

**VISITING ATTORNEY INFORMATION**

| Renata O'Donnell | 1723929 | DC |
|---|---|---|
| Name of Visiting Attorney | Bar ID Number | State |

Campaign Legal Center
Visiting Attorney's firm name

1101 14th St. NW, Suite 400, Washington, DC 20005
Visiting Attorney's mailing address, City, State and Zip

| (202) 736-2200 | rodonnell@campaignlegalcenter.org |
|---|---|
| Visiting Attorney's office telephone number | Visiting Attorney's Email address |

See Attachment.
Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

---

**PARTY INFORMATION**

Proposed Intervenor-Defendant Citizen Action Group
Name of party represented

---

**SPONSORING ATTORNEY INFORMATION**

| Aubrey Sparks ACLU West Virginia | 13469 | **WV** |
|---|---|---|
| Name of Sponsoring Attorney and firm name | Bar ID Number | State |

PO Box 3952, Charleston, WV 25339
Sponsoring Attorney's mailing address, City, State and Zip

| 304-712-4640 | asparks@acluwv.org |
|---|---|
| Sponsoring Attorney's office telephone number | Sponsoring Attorney's Email address |

## <u>VISITING ATTORNEY'S CERTIFICATION</u>

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case and complied with the West Virginia State Bar's requirement for attorneys admitted pro hac vice.

I understand that attorneys admitted pro hac vice may register for service by electronic means pursuant to the Federal Rules, and for privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system. I further understand that all filings must be electronically submitted by local counsel.

| | |
|---|---|
| 4/14/2026 | s/ Renata O'Donnell |
| Date | Signature of Visiting Attorney |

## <u>SPONSORING ATTORNEY'S CERTIFICATION</u>

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign and electronically file all papers that require the signature of an attorney.

| | |
|---|---|
| 4/14/2026 | s/ Aubrey Sparks |
| Date | Signature of Sponsoring Attorney |

ATTACHMENT TO STATEMENT OF R. O'DONNELL

1. D.C. Bar: 901 4th St. NW, Washington, DC 20001

2. N.J. Bar: P.O. Box 973, Trenton, NJ 08625-0973

3. N.Y. Bar: 1 Elk Street, Albany, NY 12207

4. P.A. Bar: 100 South St., Harrisburg, PA 17101

**From:** Auto-Receipt <noreply@mail.authorize.net>
**Sent:** Tuesday, April 14, 2026 4:09 PM
**To:** Renata O'Donnell <rodonnell@campaignlegalcenter.org>
**Subject:** Transaction Receipt from The West Virginia State Bar for $355.00 (USD)

## Order Information

Description:        Webform Payment: Pro Hac Vice - Case Payment

Invoice Number    88cfa0bd1ffd5b48d33a
Customer ID        59472

**Billing Information**                    **Shipping Information**
Shira Sadeh
1101 14th St. NW
Washington 20005
rodonnell@campaignlegalcenter.org

**Total: $355.00 (USD)**

## Payment Information

Date/Time:             14-Apr-2026 13:08:47 PDT
Transaction ID:        121573610758
Payment Method:        Visa xxxx1774
Transaction Type:      Purchase
Auth Code:             375360

## Merchant Contact Information

The West Virginia State Bar
Charleston, WV 25311
US
halls@wvbar.org
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.