**L R Civ P 83.6 Form (Rev. 02/2025)**
**L R Cr P 44.6 Form (Rev. 02/2025)**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON ▾

THE UNITED STATES OF AMERICA

**STATEMENT OF VISITING ATTORNEY**
**AND DESIGNATION OF LOCAL COUNSEL**

**v.**

CIVIL CASE NO. ▾  2:26-cv-00156

KRIS WARNER, in his Official Capacity as WEST
VIRGINIA SECRETARY OF STATE

| VISITING ATTORNEY INFORMATION | | |
|---|---|---|
| Maura Eileen O'Connor | 4312302 | NY |
| Name of Visiting Attorney | Bar ID Number | State |
| Brennan Center for Justice at NYU School of Law | | |
| Visiting Attorney's firm name | | |
| 777 6th St NW. Suite 1100. Washington, DC 20001 | | |
| Visiting Attorney's mailing address, City, State and Zip | | |
| 202-679-5893 | oconnore@brennan.law.nyu.edu | |
| Visiting Attorney's office telephone number | Visiting Attorney's Email address | |
| Bar of the State of New York (First Appellate Division), 27 Madison Avenue, New York, NY 10010 | | |
| Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing | | |

| PARTY INFORMATION |
|---|
| Proposed Intervenor-Defendant West Virginia Citizen Action Group |
| Name of party represented |

| SPONSORING ATTORNEY INFORMATION | | |
|---|---|---|
| Aubrey Sparks, ACLU of West Virginia | 13469 | WV |
| Name of Sponsoring Attorney and firm name | Bar ID Number | State |
| PO Box 3952, Charleston, WV 25339 | | |
| Sponsoring Attorney's mailing address, City, State and Zip | | |
| 304-712-4640 | asparks@acluwv.org | |
| Sponsoring Attorney's office telephone number | Sponsoring Attorney's Email address | |

## **VISITING ATTORNEY'S CERTIFICATION**

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case and complied with the West Virginia State Bar's requirement for attorneys admitted pro hac vice.

I understand that attorneys admitted pro hac vice may register for service by electronic means pursuant to the Federal Rules, and for privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system. I further understand that all filings must be electronically submitted by local counsel.

April 8, 2026

| | |
|---|---|
| Date | s/ Maura Eileen O'Connor |
| | Signature of Visiting Attorney |

## **SPONSORING ATTORNEY'S CERTIFICATION**

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign and electronically file all papers that require the signature of an attorney.

4/14/26

| | |
|---|---|
| Date | s/ Aubrey Sparks |
| | Signature of Sponsoring Attorney |

Page 2 of 2

 **Outlook**

**Transaction Receipt from The West Virginia State Bar for $355.00 (USD)**

**From** Auto-Receipt <noreply@mail.authorize.net>
**Date** Wed 04/15/2026 10:35 AM
**To** Eileen O'Connor <oconnore@brennan.law.nyu.edu>

**Caution**: External (noreply@mail.authorize.net)

Sensitive Content, First-Time Sender    Details

Report This Email  Access Quarantine  Protection by INKY

Order Information

| | |
|---|---|
| Description: | Webform Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 2bc177de1556eed39d94 |
| Customer ID | 59476 |

**Billing Information**
Patrick Berry
120 Broadway, Suite 1750
New York 10271
oconnore@brennan.law.nyu.edu

**Shipping Information**

**Total:  $355.00 (USD)**

Payment Information

| | |
|---|---|
| Date/Time: | 15-Apr-2026 7:35:06 PDT |
| Transaction ID: | 121574977160 |
| Payment Method: | Visa xxxx5820 |
| Transaction Type: | Purchase |
| Auth Code: | 090813 |

Merchant Contact Information
The West Virginia State Bar
Charleston, WV 25311
US
halls@wvbar.org
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.