**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

KRIS WARNER, in his Official Capacity as
WEST VIRGINIA SECRETARY OF STATE,

*Defendant*.

Case No. 2:26-cv-00156

**PROPOSED INTERVENOR-DEFENDANT WEST VIRGINIA CITIZEN ACTION
GROUP'S MOTION FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO
THE MOTION TO COMPEL PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C.
§ 20701, *et seq.***

Proposed Intervenor-Defendant West Virginia Citizen Action Group (CAG) respectfully requests this Court grant it leave to file the attached memorandum in opposition to Plaintiff's motion to compel production of records pursuant to 52 U.S.C. § 20701 *et seq. See* ECF Nos. 14, 15. CAG's motion to intervene is pending before this Court. ECF Nos. 11, 13. CAG explained in its motion that it will participate in this litigation on any timeline set by the Court. ECF No. 13. As such, CAG demonstrates its willingness and ability to conform with all case deadlines by seeking leave to file the attached memorandum in opposition. Although CAG's motion to intervene as a defendant remains pending, it requests that this Court nonetheless grant leave to file the attached opposition to the motion to compel. Should the Court grant intervention, CAG will be "entitled to litigate fully on the merits," including through seeking dismissal. Wright & Miller, Federal Practice and Procedure § 1920 (3d ed. 2021).

WHEREFORE, Proposed Intervenor-Defendant CAG respectfully requests that the Court grant its motion for leave to file an opposition to Plaintiff's motion to compel in the above-captioned matter.

April 17, 2026

Aubrey Sparks (WV Bar No. 13469)
Robb Livingood (WV Bar No. 11974)
American Civil Liberties Union of
West Virginia Foundation
P. O. Box 3952
Charleston, WV 25339-3952
asparks@acluwv.org
rlivingood@acluwv.org

Adriel I. Cepeda Derieux**
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 457-0800
acepedaderieux@aclu.org

Theresa J. Lee**
Sophia Lin Lakin
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
slakin@aclu.org

Respectfully submitted,

*/s/*Aubrey Sparks

Brent Ferguson
Daniel S. Lenz*
Sejal Jhaveri
Renata O'Donnell*
Kate Hamilton
Alexis Grady
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
agrady@campaignlegalcenter.org

Maura Eileen O'Connor *
Justin Lam*
Brennan Center for Justice
at NYU School of Law
777 6th St. NW, Ste. 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu
lamju@brennan.law.nyu.edu

*Pro Hac Vice Applications Pending*
**Pro Hac Vice Applications Forthcoming*

Counsel for Proposed Intervenor-Defendant
West Virginia Citizen Action Group

2