**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>KRIS WARNER, in his Official Capacity as<br>WEST VIRGINIA SECRETARY OF STATE,<br><br>*Defendant*. | Case No.: 2:26-cv-00156 |

**WEST VIRGINIA ALLIANCE FOR RETIRED AMERICANS' MOTION FOR LEAVE TO FILE RESPONSE TO THE UNITED STATES' MOTION TO COMPEL FEDERAL ELECTION RECORDS**

Proposed Intervenor West Virginia Alliance for Retired Americans (the "Alliance") moves for leave to file its Proposed Memorandum in Opposition to Plaintiff's Motion for Order to Compel Federal Election Records, attached hereto as **Exhibit 1**. In support of its Motion, the Alliance states as follows:

1. The United States filed its Complaint on February 26, 2026, asserting a claim under the Civil Rights Act of 1960 seeking West Virginia's full, unredacted statewide voter registration list. *See* ECF No. 1.

2. The Alliance moved to intervene on March 6, 2026. *See* ECF No. 4. The Alliance seeks to protect the fundamental voting and privacy rights of its members, as well as its ability to achieve its own mission-critical objectives related to empowering retirees. To this end, state Alliance chapters have sought and been granted intervention in fourteen of the DOJ's similar actions brought against states across the country. *See* Minute Order, *United States v. Oliver*, No. 25-cv-1193 (D.N.M. Dec. 12, 2025); Order, *United States v. Simon*, No. 25-cv-3761 (D. Minn.

1

Jan. 6, 2026); Minute Order, *United States v. Amore*, No. 25-cv-00639 (D.R.I. Jan. 6, 2026); Minute Order, *United States v. Galvin*, No. 25-cv-13816 (D. Mass. Jan. 6, 2026); Minute Order, *United States v. Thomas*, No. 3:26-cv-00021 (D. Conn. Jan. 13, 2026); Order, *United States v. Pennsylvania*, No. 25-cv-1481 (W.D. Pa. Jan. 16, 2026); Minute Order, *United States v. Copeland Hanzas*, No. 25-cv-903 (D. Vt. Jan. 16, 2026); Order, *United States v. Wis. Elections Comm'n*, No. 25-cv-1036 (W.D. Wis. Jan. 21, 2026); Order, *United States v. DeMarinis*, No. 25-cv-03934 (D. Md. Feb. 2, 2026); *United States v. Benson*, No. 25-cv-1148, 2026 WL 362789 (W.D. Mich. Feb. 10, 2026); Text Order, *United States v. Matthews*, 25-cv-03398-CRL-DJQ (C.D. Ill. Mar. 2, 2026); Minute Order, *United States v. Evans*, No. 25-cv-04403 (D.D.C. Mar. 16, 2026); Order, *United States v. Aguilar*, No. 25-cv-00728 (D. Nev. Mar. 20, 2026); Mem. Op. & Order, *United States v. Adams*, 3:26-cv-00019 (E.D. Ky. Apr. 14, 2026).

3. Under L.R. 7.1, any opposition to the Alliance's motion to intervene must have been filed by March 20, 2026. No party filed a response brief by that deadline. Accordingly, the Alliance's motion to intervene is both unopposed and ripe for decision.

4. The United States filed a Motion to Compel Federal Election Records on April 3, 2026, seeking substantially the same relief as that sought in its Complaint. *See* ECF No. 14.

5. Because the Court has not yet ruled on its Motion to Intervene, and to preserve its rights and avoid delay, the Alliance hereby moves for leave to file its Proposed Memorandum in Opposition to Plaintiff's Motion to Compel Federal Election Records. The Alliance requests that the Court accept these filings for consideration in the event that the Court grants its Motion to Intervene. *See United States v. Weber*, No. 2:25-CV-09149, 2026 WL 118807, at *5-6 & n.10 (C.D. Cal. Jan. 15, 2026) (in parallel litigation, noting that court granted motion to intervene and accepted for consideration proposed motion to dismiss); Order, *United States v. Benson*, No. 1:25-

2

cv-1148 (W.D. Mich. Dec. 9, 2025), ECF No. 46 (in parallel litigation, granting motion to intervene of Michigan Alliance for Retired Americans and individual intervenors, and ordering Clerk to enter the proposed motion to dismiss on the docket); Text Order, *United States v. Simon*, No. 25-cv-03761 (D. Minn. Dec. 23, 2025), ECF No. 76 (in parallel litigation, allowing proposed intervenors to file a motion to dismiss to be considered if their intervention was granted).

6.    The foregoing establishes good cause to grant this Motion, which the Alliance respectfully submits will aid the Court in the expeditious resolution of this case.

Dated: April 17, 2026,                    Respectfully submitted,

**POWELL & MAJESTRO PLLC**

/s/ Christina L. Smith
Christina L. Smith (WVSB 7509)
Graham B. Platz (WVSB 14093)
405 Capitol Street, Suite 807
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
csmith@powellmajestro.com
gplatz@powellmajestro.com


**ELIAS LAW GROUP LLP**

Elisabeth Frost (DC Bar No. 1007632)*
Lucas Lallinger (DC Bar No. 1046778)*
Julianna Astarita (DC Bar No. 6340483)*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 312-5904
efrost@elias.law
llallinger@elias.law
jastarita@elias.law

* Statement of Visiting Attorney filed

*Counsel for Proposed Intervenor-Defendants West Virginia Alliance for Retired Americans*

3

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of April, 2026, with a copy of this document via the Court's CM/ECF system. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

/s/   Christina L. Smith
Christina L. Smith (WVSB 7509)
405 Capitol Street, Suite 807
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
csmith@powellmajestro.com

*Counsel for Proposed Intervenor*

4