## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**THE UNITED STATES OF AMERICA,**

    *Plaintiff*,

    v.

**KRIS WARNER, in his Official Capacity
as WEST VIRGINIA SECRETARY OF
STATE,**

    *Defendant*.

**Civil Action No. 2:26-cv-00156**
**Hon. Thomas E. Johnston**

### DEFENDANT KRIS WARNER'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Kris Warner respectfully

moves the Court to dismiss Plaintiff's complaint, ECF No. 1.  This Motion is made on the grounds

detailed in the accompanying Memorandum of Law.

        Respectfully submitted,

        /s/ *Michael R. Williams*
        Michael R. Williams (WV Bar # 14148)
         *Solicitor General*
        Caleb A. Seckman (WV Bar # 13964)
         *Assistant Solicitor General*
        West Virginia Attorney General's Office
        State Capitol Complex
        Building 1, Room E-26
        Charleston, WV 25305
        Michael.R.Williams@wvago.gov
        Caleb.A.Seckman@wvago.gov
        Telephone: (304) 558-2021
        Fax: (304) 558-0140

        *Counsel for Defendant Kris Warner*

        DATE: April 29, 2026