AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia ▾

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| KRIS WARNER, in his Official Capacity as WEST VIRGINIA SECRETARY OF STATE | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   2:26-cv-00156

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KRIS WARNER, in his Official Capacity as WEST VIRGINIA SECRETARY OF STATE
1900 Kanawha Blvd E, Charleston, WV 25305

REC'D USMS CHARLESTON, WV
APR 21 2026 PM2:22

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brittany E. Bennett
United States Department of Justice
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
brittany.bennett@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____2/26/2026_____

s/Rory L. Perry II
Signature *Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     2:26-cv-00156

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Kris Warner, WV Secretary of State**
was received by me on *(date)* **4/21/26** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence~~ **work** or usual place of abode with *(name)*
**David Cook Jr.** , a person of suitable age and discretion who ~~resides~~ **works** there, **Deputy Sec**
on *(date)* **4/23/26** , ~~and mailed a copy to the individual's last known address; or~~ **of State General Counsel**

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **4/23/26** _____
*Server's signature*

**J.M. Payne DUSM**
*Printed name and title*

**300 Virginia St. E. Charleston WV 25301**
*Server's address*

Additional information regarding attempted service, etc: