**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:26-cv-156 (TEJ) |
| KRIS WARNER, in his official capacity as West Virginia Secretary of State, | |
| Defendant. | |

**DEMOCRATIC NATIONAL COMMITTEE'S
MOTION FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE**

The Democratic National Committee (DNC) respectfully moves for leave to submit a brief in this matter as amicus curiae.  For the reasons set out in the supporting memorandum filed alongside this motion, this Court should exercise its discretion to allow the DNC to file an amicus brief.  A proposed amicus brief is attached hereto.

**WHEREFORE**, the Democratic National Committee respectfully requests that this Court grant its motion for leave to file an amicus brief in the above-captioned matter.

Dated: May 6, 2026

/s/ *Robert M. Bastress III*

Robert M. Bastress III (WV Bar No. 9616)
Dipiero Simmons McGinley & Bastress PLLC
604 Virginia St., E.
Charleston WV 25326
(304) 342-0133
rob.bastress@dbdlawfirm.com

Respectfully submitted,

*Daniel Freeman*

Daniel Freeman*
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
(202) 863-8000
freemand@dnc.org

* Statement of Visiting Attorney filed
concurrently with motion

*Attorneys for the Democratic National
Committee*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this May 6, 2026, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

/s/ *Robert M. Bastress III*

Robert M. Bastress III

Dated: May 6, 2026