**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

          v.

KRIS WARNER, in his Official Capacity as WEST VIRGINIA SECRETARY OF STATE,

       Defendant.

Civil Case No. 2:26-CV-00156

**MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO INTERVENORS'
MOTIONS TO INTERVENE**

The United States requests leave to file a Response in Opposition to Intervention of proposed intervenors West Virginia Citizen Action Group and West Virginia Alliance for Retired Americans (collectively "Proposed Intervenors") pursuant to Local Rule 7.1(a)(7). This action was filed on February 26, 2026, and Proposed Intervenors filed their motions on March 6, 2026, and April 2, 2026, ECF Nos. 1, 4 and 11 respectively. These motions were premature as the case was not served on the Defendant until April 23, 2026, who has now filed a Motion to Dismiss. At the time the Motions to Intervene were filed, it was not possible for the United States to know to what extent West Virginia would defend against the United States' application to this Court and whether the United States' opposition to intervention was appropriate. It is now apparent that West Virginia intends to fully oppose the United States application. In his Response to the Motion to Compel, Secretary of State Kris Warner reiterates that he remained "committed to following state and federal law barring disclosure of sensitive voter information," ECF No. 26 at 6, and has filed a Motion to Dismiss, ECF No. 24. While Secretary Warner is mistaken about what the law requires, the fact of his opposition is clear.

Further, Proposed Intervenors raise the same arguments against the United States as Secretary Warner.  Other courts have denied intervention *sua sponte* in similar cases even when the United States did not oppose intervention for both of the preceding reasons. *United States v. Nago,* 1:25-cv-00522 at ECF No. 51 (D. Hi. Feb. 17, 2026); *United States v. Fontes* 2:26-cv-00066 ECF No. 32 (D. Arz. March 9, 2026). For the reasons more fully explained in the attached Proposed Opposition to Intervention, the Court should allow the United States to oppose the intervention even though more than two weeks have elapsed since the Motions to Intervene.

Wherefore, the United States respectfully requests leave to file the attached Opposition to Intervention, or alternatively, requests the Court deny intervention *sua sponte.*

DATED: May 8, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ Christopher J. Gardner
Christopher J. Gardner
James T. Catania
Trial Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Christopher.Gardner@usdoj.gov
James.Catania@usdoj.gov
202-812-2631
Attorneys for the United States

2