**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | MOTION FOR LEAVE TO EXCEED PAGE LIMITS PURSUANT TO L.R. 7.1 (a) (2) |
| KRIS WARNER, in his official capacity as West Virginia Secretary of State | Case No. 2:26-cv-00156-TEJ |
| Defendant. | |

Plaintiff, the United States of America, seeks leave to file one consolidated memorandum responding to the Defendant's Motion to Dismiss, ECF No. 24, and Replying to the Opposition to the Motion to Compel Federal Election Records Under the Civil Rights Act of 1960, ECF No. 26, exceeding the normal page limits pursuant to Local Rule Civ P 7.1 (a) (2). While the United States has opposed intervention, the United States will also address the various arguments raised by the proposed intervenor West Virginia Alliance for Retired Americans ("Alliance") in Opposition to the Motion to Compel Federal Election Records, ECF No. 23, and the Amicus Brief in Support of the Secretary's Motion to Dismiss, ECF No 32. Regardless of Proposed Intervenors' eventual status, good cause under Local Rule Civ P 7.1 (a) (2) exists to allow the United States file a consolidated memorandum exceeding normal page limits for several reasons:

- Allowing the United States to file a consolidated memorandum exceeding the page limit will encourage judicial economy. Secretary Warner, the Alliance and the Democratic National Committee all raise similar arguments. Permitting excess pages

for a single document would allow the United States to address arguments that the briefs have in common along with highlighting where they differ.

- Six district courts have ruled on similar motions within the past few months, and no opinion uses identical reasoning.  Leave to exceed the page limits will allow the United States to properly address all the various decisions with appropriate depth.

- This case presents a novel issue in this circuit of statutory interpretation involving several federal statutes and many points of disagreement with the opposing briefing.  Permitting the United States to file a consolidated memorandum exceeding the page limits will facilitate this Court's ability to thoroughly review all the relevant legal authorities.

- If separate responses were filed, this United States would be permitted up to 60 pages of briefing—briefing that would unavoidably be overlapping.  Here, the United States asks for leave to file one consolidated response of 35 pages.

DATED: May 13, 2026                                Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

*/s/ Christopher J. Gardner*
Christopher J. Gardner
James T. Catania
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
Christoper.Gardner@usdoj.gov
James.Catania@usdoj.gov
Attorneys for the United States