

**U.S. Department of Justice**

Civil Rights Division

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC  20530*

April 2, 2009

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Sheriff Chris Curry
Shelby County
P.O. Box 1095
Columbiana, AL  35051

Dear Sheriff Curry:

This letter concerns absentee ballots returned to Shelby County, which are in your legal custody, by uniformed military and overseas citizens for the November 2008 general election. The Attorney General of the United States is entitled under 42 U.S.C. §§ 1974 and 1974b to inspect or reproduce all records and papers requisite to voting. 42 U.S.C. 1974(b) states:

> Any record or paper required by section 301 [42 USCS § 1974] to be retained and preserved shall, upon demand in writing by the Attorney General or his representative directed to the person having custody, possession, or control of such record or paper, be made available for inspection, reproduction, and copying at the principal office of such custodian by the Attorney General or his representative. This demand shall contain a statement of the basis and the purpose therefor.

Please consider this letter such a demand.

The Alabama Attorney General's Office has informed us that pursuant to the Alabama Code, the sheriff in each county is the legal custodian of all ballots and voting records, which under federal law must be preserved for a period of twenty-two months from the date of any election. See § 1974.  The State has also informed us that neither it, nor the Secretary of State, has any authority under Alabama law to obtain or inspect the ballots from the November 2008 election that are in your custody, except in the case of a recount, which does not apply in this case.

The Attorney General seeks this information for the purpose of obtaining data for the Election Assistance Commission under the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA"), 42 U.S.C. § 1973ff-1(c). Accordingly, we ask that you make available to the Attorney General's representative, at your office, all 2008 general election absentee ballot affidavit envelopes in your custody, possession or control for inspection, reproduction and/or copying. In the event that you designate a representative as your bailee, or if the documents are not stored at your office, the Attorney General's representative will work with you to determine the appropriate logistics.

Pursuant to an order of the court in *United States v. Alabama*, Civil Action No. 2:08-CV-00920 (M.D. Ala. Filed November 19, 2008), Winfield J. Sinclair and/or Misty A. Fairbanks of the Alabama Attorney General's office will be present for the inspection. Other State and/or local officials, such as the Circuit Clerk or a representative from the Probate Judge's office, may also be in attendance.

We would like to review the affidavit absentee ballot envelopes during the week of April 14-April 17. Christy McCormick at (202) 305-0609, or Spencer Fisher at (202) 305-0015, trial attorneys in our Voting Section, will contact you next week regarding a specific date and time to review the documents.

If you have any questions, please do not hesitate to contact one of the Voting Section attorneys listed above. Thank you for your assistance in this matter. We appreciate your cooperation and that of your office.

Sincerely,

Christopher Coates
Chief
Voting Section

cc: Honorable Beth Chapman, Alabama Secretary of State
Honorable Troy King, Alabama Attorney General