UNITED STATES OF AMERICA,

*Plaintiff*,

v.

Case No. 2:26-cv-00156

KRIS WARNER, in his Official Capacity as
WEST VIRGINIA SECRETARY OF STATE,

*Defendant*.

## PROPOSED INTERVENOR-DEFENDANT WEST VIRGINIA CITIZEN ACTION GROUP'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS

Proposed Intervenor-Defendant West Virginia Citizen Action Group respectfully moves this Court for leave to file the attached Proposed Motion to Dismiss. The bases of this Motion are as follows:

1. Plaintiff filed suit on February 26, 2026. ECF No. 1.

2. Proposed Intervenor-Defendant West Virginia Alliance for Retired Americans moved to intervene in this litigation on March 6, 2026. ECF Nos. 4, 5.

3. Proposed Intervenor-Defendant West Virginia Citizen Action Group (CAG) moved to intervene in this litigation on April 2, 2026, prior to Plaintiff serving Defendant Secretary of State with the Summons and Complaint. ECF Nos. 11, 13.

5. Pursuant to Federal Rule of Civil Procedure 24(c), CAG submitted a Proposed Answer along with its motion to intervene. ECF No. 11-3.

6. Plaintiff served Defendant with the Summons and Complaint on April 23. ECF No. 28. As a result, any motion to dismiss was due on or before May 14—21 days after service. *See* Fed. R. Civ. P. 12(a)(1)(A).

7. Defendant filed his Motion to Dismiss on April 29. ECF No. 24.

7. Although the Court has yet to grant the Motion to Intervene, it should nonetheless grant leave to file the Motion to Dismiss.

8. Should the Court grant intervention, CAG will be "entitled to litigate fully on the merits," including through seeking dismissal. Wright & Miller, *Federal Practice and Procedure* § 1920 (3d ed. 2021).

9. As such, courts have accepted motions to dismiss from proposed intervenors. *See, e.g.*, *Alami v. Lincoln Prop. Co.*, 61 F. Supp. 3d 551, 553 n.1 (E.D. Va. 2014); *Civil Rights Corp v. Walker*, No. 1:24-cv-943, 2025 WL 3899824, at *23 (M.D.N.C. Oct. 30, 2025).

10. Permitting CAG to file the Proposed Motion promotes judicial efficiency, as it will ensure that CAG can immediately participate in the litigation upon intervention without awaiting further briefing. *See Donald Trump for President*, No. 1:20-cv-1083, 2020 WL 8573863, at *3 (W.D. Mich. Nov. 17, 2020) (granting motion to intervene, accepting proposed motion to dismiss, and requiring simultaneous responses to all motions to dismiss); *see also Fidelman v. Polis*, No. 23-cv-417, 2023 WL 2766664, at *1 (S.D. Cal. Apr. 3, 2023) (setting briefing schedule on pending and future motions to dismiss); *Defs. of Wildlife v. U.S. Fish & Wildlife Serv.*, No. 21-CV-00344-JSW, 2021 WL 4552144, at *4 (N.D. Cal. May 3, 2021) (granting intervention and setting a briefing schedule).

11. CAG remains committed to following the existing deadlines in this case and not causing undue delay, as demonstrated by its timely responses to Plaintiff's Motion to Compel and the Complaint.

12. Conversely, requiring CAG to wait to file until intervention is granted will delay the ultimate resolution of this case.

WHEREFORE, Proposed Intervenor-Defendant West Virginia Citizen Action Group requests that the Court grant leave to file the attached Motion to Dismiss.

May 14, 2026

Respectfully submitted,

*/s/ Aubrey Sparks*

Aubrey Sparks (WV Bar No. 13469)
American Civil Liberties Union of
West Virginia Foundation
P. O. Box 3952
Charleston, WV 25339-3952
asparks@acluwv.org

Adriel I. Cepeda Derieux*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 457-0800
acepedaderieux@aclu.org

Theresa J. Lee*
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
slakin@aclu.org

Brent Ferguson*
Daniel S. Lenz*
Sejal Jhaveri*
Renata O'Donnell*
Kate Hamilton*
Alexis Grady*
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
agrady@campaignlegalcenter.org

Maura Eileen O'Connor *
Justin Lam*
Brennan Center for Justice
at NYU School of Law
777 6th St. NW, Ste. 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu
lamju@brennan.law.nyu.edu

*Admitted Pro Hac Vice*

Counsel for Proposed Intervenor-Defendant
West Virginia Citizen Action Group

**CERTIFICATE OF SERVICE**

I, Aubrey Sparks, do hereby certify that on this 14th day of May, 2026, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

/s/ *Aubrey Sparks*
Aubrey Sparks