**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

KRIS WARNER, in his Official Capacity as WEST VIRGINIA SECRETARY OF STATE,

*Defendant*.

Case No. 2:26-cv-00156

**WEST VIRGINIA CITIZEN ACTION GROUP'S MOTION TO DISMISS**

Proposed Intervenor-Defendant West Virginia Citizen Action Group (CAG) moves to dismiss Plaintiff's Complaint, ECF No. 1. For the reasons discussed in the memorandum of support, filed herewith, the Complaint should be dismissed because Plaintiff has failed to state a claim under the Civil Rights Act by failing to state the basis and purpose for its request.

WHEREFORE, Intervenor-Defendant West Virginia Citizen Action Group requests that the Court grant the Motion to Dismiss.

May 14, 2026

Respectfully submitted,

*/s/ Aubrey Sparks*

Aubrey Sparks (WV Bar No. 13469)
American Civil Liberties Union of
West Virginia Foundation
P. O. Box 3952
Charleston, WV 25339-3952
asparks@acluwv.org

Adriel I. Cepeda Derieux*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 457-0800
acepedaderieux@aclu.org

Theresa J. Lee*
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
slakin@aclu.org

Brent Ferguson*
Daniel S. Lenz*
Sejal Jhaveri*
Renata O'Donnell*
Kate Hamilton*
Alexis Grady*
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
agrady@campaignlegalcenter.org

Maura Eileen O'Connor *
Justin Lam*
Brennan Center for Justice
at NYU School of Law
777 6th St. NW, Ste. 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu
lamju@brennan.law.nyu.edu

**Admitted Pro Hac Vice*

Counsel for Proposed Intervenor-Defendant West Virginia Citizen Action Group

**CERTIFICATE OF SERVICE**

I, Aubrey Sparks, do hereby certify that on this 14th day of May, 2026, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

Date: May 14, 2026

Signature: /s/ *Aubrey Sparks*