# EXHIBIT B

For both of these letters, I propose [_____(b)(5)_____] [___(b)(5)___] Let me know if you have any concerns with my proposed edits.  Thanks,

Tim

---

**From:** Gates, Michael (CRT) < [____(b)(6)____] >
**Sent:** Wednesday, August 13, 2025 5:07 PM
**To:** Mellett, Timothy F (CRT) < [___(b)(6)___] >
**Cc:** Riordan, Maureen (CRT) [____(b)(6)____] Cumbee, Deborah (CRT) [____(b)(6)____]
**Subject:** RE: Letters

One more time… who knew the footnote margins did not track the body margins 😊  All set now.  I think this is my final answer.

**Michael E. Gates**
Deputy Assistant Attorney General
Civil Rights Division, U.S. Department of Justice
Cell: [____(b)(6)____]

---

**From:** Gates, Michael (CRT)
**Sent:** Wednesday, August 13, 2025 5:02 PM
**To:** Mellett, Timothy F (CRT) < [___(b)(6)___] >
**Cc:** Riordan, Maureen (CRT) [____(b)(6)____] ; Cumbee, Deborah (CRT) [____(b)(6)____]
**Subject:** RE: Letters

Tim, let's try this again – attached has the proper letterhead!!!

**Michael E. Gates**
Deputy Assistant Attorney General
Civil Rights Division, U.S. Department of Justice
Cell: [____(b)(6)____]

---

**From:** Gates, Michael (CRT)
**Sent:** Wednesday, August 13, 2025 4:53 PM
**To:** Mellett, Timothy F (CRT) < [___(b)(6)___] >
**Cc:** Riordan, Maureen (CRT) < [____(b)(6)____] >; Cumbee, Deborah (CRT) [____(b)(6)____]
**Subject:** RE: Letters

By the way, we can never check our citations and references too much.  So if anyone has time to check them again, that would be great.  I did earlier today and found some bad references.  Just FYI

**Michael E. Gates**
Deputy Assistant Attorney General
Civil Rights Division, U.S. Department of Justice
Cell: [____(b)(6)____]

---

**From:** Gates, Michael (CRT)
**Sent:** Wednesday, August 13, 2025 4:51 PM
**To:** Mellett, Timothy F (CRT) < [____(b)(6)____] >

CREW v. DOJ – CRT – 001219

**Cc:** Riordan, Maureen (CRT) [___(b)(6)___]; Cumbee, Deborah (CRT) <[___(b)(6)___]
**Subject:** Letters
**Importance:** High

Tim, the attached templates are approved and ready to go.  Please mass produce these tomorrow AM as early as possible and send to me the letters for each state.  I will then review, make any final edits, and then send to Deborah for signature.  Once she sends back PDFs with signatures, I will send out to each state.  So, plan to frontload your day tomorrow, unless you are able to get some done tonight.  In any event, we will get these done.

BTW, letters to CA and MN are approved and Deborah will send to me shortly and I will get those out.  I have included those letters here to in case upon another review, you find any nits that could be fixed.  If there are, we can send CA and MN out tomorrow too.  THANK YOU!!!!

**Michael E. Gates**
Deputy Assistant Attorney General
Civil Rights Division, U.S. Department of Justice
Cell: [___(b)(6)___]