# EXHIBIT C

| | |
|---|---|
| **To:** | Bryce, Amanda (CRT) [ (b)(6) ] |
| **CC:** | Okwesa, Carolyn (CRT) [ (b)(6) ] |
| **Subject:** | RE: Voting Section -- Privacy Act Questions |
| **Attachments:** | Template for States Privacy Act 2025 08 27 1030am draft.docx |

Hi Amanda,

I have attached a draft template for our letter to states that have raised the issues I mentioned below. I pulled this information from our website and the Privacy Impact Assessment for JEFS. We want to make sure what we are including here is accurate, so any guidance or edits that you have would be appreciated. Thanks,

Tim

**From:** Mellett, Timothy F (CRT)
**Sent:** Tuesday, August 26, 2025 5:35 PM
**To:** Bryce, Amanda (CRT) < (b)(6) >
**Cc:** Okwesa, Carolyn (CRT) [ (b)(6) ]
**Subject:** RE: Voting Section -- Privacy Act Questions

Hi Amanda,

Thanks for looking at this. I think we were hoping to get a letter out later this week.
Yes, tomorrow afternoon would be fine to meet. Brittany Wake and Nadine Jones also should be invited.

Tim

**From:** Bryce, Amanda (CRT) [ (b)(6) ]
**Sent:** Tuesday, August 26, 2025 4:59 PM
**To:** Mellett, Timothy F (CRT) < (b)(6) >
**Cc:** Okwesa, Carolyn (CRT) [ (b)(6) ]
**Subject:** RE: Voting Section -- Privacy Act Questions

Tim,

I hope to have some follow-up response to you by next week. In the meantime, could we chat tomorrow about the discontinuance of FOIA express ? If there is time, also discuss STAPS.

Let me know if I could schedule it for tomorrow and who to invite.

Amanda Bryce
Chief Information Officer
U.S. Department of Justice | Civil Rights Division
[ (b)(6) ]
[ (b)(6) ]



**From:** Mellett, Timothy F (CRT) < _____ (b)(6) _____ >
**Sent:** Monday, August 25, 2025 6:19 PM
**To:** Bryce, Amanda (CRT) | _____ (b)(6) _____ |
**Subject:** Voting Section -- Privacy Act Questions

Hi Amanda,

Thanks for discussing the Privacy Act/data sharing questions the other week.  We have requested voter registration lists from states to conduct searches that assess the List Maintenance of voter registration lists under the National Voter Registration Act and the Help America Vote Act (statutes that the Voting Section enforces).  Some states have asked us a few Privacy Act questions because the data contains PII.  At the moment, we are looking to write a letter to states that have asked the following questions:

1. Please provide a citation within the Federal Register to the system of records under which DOJ intends to collect and maintain the records it has requested.
   (We are thinking that it would be CRT-1, but we wanted to be sure, and we did not know if there would be others).
2. Please describe how DOJ plans to store, maintain, and use the requested voter registration information.
   (We can answer the "use" question but we don't know what we should say about store and maintain.  Lit Support has this on the P Drive.)
3. Please explain who will have access to the information contained in the Voter Registration List.
   (Lit Support has permissions limited to managers and those attorneys and analysts working on the matters.  I did not know how big of scope there could be while complying with the Privacy  Act.  Voting only? CRT only? DOJ only?)

Ideally, we would like to send the letters out on Wednesday.  Happy to chat if you have questions.  Thanks,

Tim Mellett
Deputy Chief, Voting Section
| _____ (b)(6) _____ |

CREW v. DOJ – CRT – 000724

# DOCUMENT WITHHELD IN FULL UNDER FOIA EXEMPTION B(5).

CREW v. DOJ – CRT – 000725

Hi Amanda,

Thanks for discussing the Privacy Act/data sharing questions the other week.  We have requested voter registration lists from states to conduct searches that assess the List Maintenance of voter registration lists under the National Voter Registration Act and the Help America Vote Act (statutes that the Voting Section enforces).  Some states have asked us a few Privacy Act questions because the data contains PII.  At the moment, we are looking to write a letter to states that have asked the following questions:

1. Please provide a citation within the Federal Register to the system of records under which DOJ intends to collect and maintain the records it has requested.
   (We are thinking that it would be CRT-1, but we wanted to be sure, and we did not know if there would be others).
2. Please describe how DOJ plans to store, maintain, and use the requested voter registration information.
   (We can answer the "use" question but we don't know what we should say about store and maintain.  Lit Support has this on the P Drive.)
3. Please explain who will have access to the information contained in the Voter Registration List.
   (Lit Support has permissions limited to managers and those attorneys and analysts working on the matters.  I did not know how big of scope there could be while complying with the Privacy Act.  Voting only? CRT only? DOJ only?)

Ideally, we would like to send the letters out on Wednesday.  Happy to chat if you have questions.  Thanks,

Tim Mellett
Deputy Chief, Voting Section

CREW v. DOJ – CRT – 000726

**Sent:** 8/26/2025 9:04:43 PM
**To:** Bryce, Amanda (CRT) [(b)(6)]
**CC:** Okwesa, Carolyn (CRT) (b)(6)
**Subject:** RE: Voting Section -- Privacy Act Questions

Hi Amanda,

Thanks for looking at this.  I think we were hoping to get a letter out later this week.
Yes, tomorrow afternoon would be fine to meet.  Brittany Wake and Nadine Jones also should be invited.

Tim

**From:** Bryce, Amanda (CRT) < (b)(6) >
**Sent:** Tuesday, August 26, 2025 4:59 PM
**To:** Mellett, Timothy F (CRT) < (b)(6) >
**Cc:** Okwesa, Carolyn (CRT) (b)(6)
**Subject:** RE: Voting Section -- Privacy Act Questions

Tim,

I hope to have some follow-up response to you by next week.  In the meantime, could we chat tomorrow about the discontinuance of FOIA express ?  If there is time, also discuss STAPS.

Let me know if I could schedule it for tomorrow and who to invite.

Amanda Bryce
Chief Information Officer
U.S. Department of Justice | Civil Rights Division
(b)(6)
(b)(6)



**From:** Mellett, Timothy F (CRT) < (b)(6) >
**Sent:** Monday, August 25, 2025 6:19 PM
**To:** Bryce, Amanda (CRT) (b)(6)
**Subject:** Voting Section -- Privacy Act Questions

Hi Amanda,

Thanks for discussing the Privacy Act/data sharing questions the other week.  We have requested voter registration lists from states to conduct searches that assess the List Maintenance of voter registration lists under the National Voter Registration Act and the Help America Vote Act (statutes that the Voting Section enforces).  Some states have asked us a few Privacy Act questions because the data contains PII.  At the moment, we are looking to write a letter to states that have asked the following questions:

1.  Please provide a citation within the Federal Register to the system of records under which DOJ intends to collect and maintain the records it has requested.

CREW v. DOJ – CRT – 000727

(We are thinking that it would be CRT-1, but we wanted to be sure, and we did not know if there would be others).

2. Please describe how DOJ plans to store, maintain, and use the requested voter registration information. (We can answer the "use" question but we don't know what we should say about store and maintain. Lit Support has this on the P Drive.)

3. Please explain who will have access to the information contained in the Voter Registration List. (Lit Support has permissions limited to managers and those attorneys and analysts working on the matters. I did not know how big of scope there could be while complying with the Privacy Act. Voting only? CRT only? DOJ only?)

Ideally, we would like to send the letters out on Wednesday. Happy to chat if you have questions. Thanks,

Tim Mellett
Deputy Chief, Voting Section
(b)(6)

CREW v. DOJ – CRT – 000728

**Sent:** 1/13/2026 4:30:38 PM
**To:** Neff, Eric (CRT) [⬚⬚⬚(b)(6)⬚⬚⬚]; Gupta, Kamran (CRT) [⬚⬚⬚(b)(6)⬚⬚⬚]; Wake, Brittany (CRT) ⬚⬚⬚(b)(6)⬚⬚⬚
**Subject:** RE: Virginia rolls

1. I'll check VA periodically and update EOD.
2. Kam should handle
3. We received downloads from Mississippi, South Dakota and Tennessee (saved to network). Leaving Louisiana and Ohio.

---

**From:** Neff, Eric (CRT) <⬚⬚(b)(6)⬚⬚>
**Sent:** Tuesday, January 13, 2026 10:55 AM
**To:** Gupta, Kamran (CRT) <⬚⬚(b)(6)⬚⬚>; Hayes, Chris (CRT) <⬚⬚(b)(6)⬚⬚>; Wake, Brittany (CRT) ⬚⬚(b)(6)⬚⬚
**Subject:** RE: Virginia rolls

Fantastic. That leaves:

1. keep as close an eye on VA upload as we can so we have EOD updates every day for the rest of the week.

# (b)(5)

Much appreciated. These updates are being watched by the FO closely.

---

**From:** Gupta, Kamran (CRT) ⬚⬚(b)(6)⬚⬚
**Sent:** Tuesday, January 13, 2026 10:46 AM
**To:** Neff, Eric (CRT) <⬚⬚(b)(6)⬚⬚>; Hayes, Chris (CRT) <⬚(b)(6)⬚| Wake, Brittany (CRT) <⬚⬚(b)(6)⬚⬚>
**Subject:** RE: Virginia rolls

## (b)(5)

Best,
Kam

---

**From:** Neff, Eric (CRT) <⬚⬚(b)(6)⬚⬚>
**Sent:** Tuesday, January 13, 2026 10:25 AM
**To:** Hayes, Chris (CRT) ⬚⬚(b)(6)⬚⬚| Wake, Brittany (CRT) <⬚⬚(b)(6)⬚⬚>
**Cc:** Gupta, Kamran (CRT) ⬚⬚(b)(6)⬚⬚
**Subject:** RE: Virginia rolls

Probably easier Kam for me to just ⬚⬚⬚⬚(b)(5)⬚⬚⬚⬚

## (b)(5)

---

**From:** Hayes, Chris (CRT) ⬚⬚(b)(6)⬚⬚
**Sent:** Tuesday, January 13, 2026 10:12 AM

CREW v. DOJ – CRT – 000729

**To:** Neff, Eric (CRT) < (b)(6) >; Wake, Brittany (CRT) { (b)(6) }
**Cc:** Gupta, Kamran (CRT) { (b)(6) }
**Subject:** RE: Virginia rolls

Eric,
Virginia has not uploaded any data to our JEFs location.

As for (b)(5) the file is too large for me to open. Kamran has better tools...I'll let him respond.

Thanks,
Chris

---

**From:** Neff, Eric (CRT) < (b)(6) >
**Sent:** Tuesday, January 13, 2026 9:06 AM
**To:** Hayes, Chris (CRT) { (b)(6) }; Wake, Brittany (CRT) { (b)(6) }
**Cc:** Gupta, Kamran (CRT) { (b)(6) }
**Subject:** RE: Virginia rolls

Can we confirm any progress on Virginia's end with the upload?

Also, got a question from the DHS/SAVE folks this morning. (b)(5)

(b)(5)

---

**From:** Hayes, Chris (CRT) { (b)(6) }
**Sent:** Monday, January 12, 2026 1:50 PM
**To:** Neff, Eric (CRT) < (b)(6) >; Wake, Brittany (CRT) { (b)(6) }
**Cc:** Gupta, Kamran (CRT) { (b)(6) }
**Subject:** RE: Virginia rolls

Eric,
I haven't received anything. I'll send her a JEFs link shortly.

-Chris

---

**From:** Neff, Eric (CRT) < (b)(6) >
**Sent:** Monday, January 12, 2026 1:47 PM
**To:** Hayes, Chris (CRT) { (b)(6) } Wake, Brittany (CRT) < (b)(6) >
**Cc:** Gupta, Kamran (CRT) { (b)(6) }
**Subject:** RE: Virginia rolls

Please do. I assume there has not been any acknowledgment or response that I am not aware of from Lindsay?

---

**From:** Hayes, Chris (CRT) { (b)(6) }
**Sent:** Monday, January 12, 2026 9:54 AM
**To:** Neff, Eric (CRT) < (b)(6) >; Wake, Brittany (CRT) { (b)(6) }
**Cc:** Gupta, Kamran (CRT) { (b)(6) }
**Subject:** RE: Virginia rolls

All,

I can send Lindsay a secure JEFS link that will allow her to upload the data without completing the JEFS user form. This would be a one-time link that only permits uploads.
Please let me know if you would like me to proceed.

Thanks,
Chris

---

**From:** Neff, Eric (CRT) <​(b)(6)​>
**Sent:** Monday, January 12, 2026 9:36 AM
**To:** Wake, Brittany (CRT) (b)(6)
**Cc:** Gupta, Kamran (CRT) (b)(6) Hayes, Chris (CRT) (b)(6)
**Subject:** RE: Virginia rolls

Yes let's start that way thanks for clarifying.

---

**From:** Wake, Brittany (CRT) (b)(6)
**Sent:** Monday, January 12, 2026 9:35 AM
**To:** Neff, Eric (CRT) <​(b)(6)​>
**Cc:** Gupta, Kamran (CRT) (b)(6); Hayes, Chris (CRT) (b)(6)
**Subject:** RE: Virginia rolls

Hi Eric,

Is Lindsay planning on transferring through JEFS? If so, I can send the user agreement form.

Brittany

---

**From:** Neff, Eric (CRT) <​(b)(6)​>
**Sent:** Friday, January 9, 2026 4:57 PM
**To:** (b)(6) virginia.gov
**Cc:** Gupta, Kamran (CRT) (b)(6) Hayes, Chris (CRT) <(b)(6); Wake, Brittany (CRT) (b)(6)
**Subject:** Virginia rolls

All,

Introducing you to Lindsay Fisher, who is going to help with the transfer of Virginia's rolls. Two things to note:

1. This transfer is top priority over all other projects.
2. Virginia will be providing two lists, as they do not have a list that has both registration information and the DL# in it. We have already agreed that in this case, our office will expend the additional resources necessary to merge the lists as needed.

I would like to make all possible efforts to confirm that these lists get transferred by COB Monday. Either way let's make sure to have a status check at that time.

Thanks,

Eric

**Eric Neff**
Acting Chief
Civil Rights Division, Voting Section
Department of Justice
150 M St. NE, Ste. 8-139
Washington, DC 20002
(b)(6)
Cell: (b)(6)



CREW v. DOJ – CRT – 000732