

# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
UNITED STATES OF AMERICA,           )
            Plaintiff,              ) No: 3:26-cv-00021-KAD
                                    )
     v.                             ) March 19, 2026
STEPHANIE THOMAS, *in her Official* )
*Capacity as Secretary of State for*)
*the State of Connecticut*, ET AL., )
            Defendants.             ) 10:08 a.m.
_____   )
                            Brien McMahon Federal Building
                            915 Lafayette Boulevard
                            Bridgeport, CT 06604


                        HEARING
                 Re: Order to Show Cause


B E F O R E:
       THE HONORABLE KARI A. DOOLEY, U.S.D.J.


Courtroom Deputy:                Official Court Reporter:
Abby Bociek                      Tracy L. Gow, RPR
               Chambers: 203.579.5522

We stated what the written basis and purpose was in the letter, which is to simply examine and determine whether or not the State of Connecticut is in compliance  with HAVA and the NVRA.

THE COURT:  So you're not going to give it to DHS, if you get it?

MR. TUCKER:  So, in terms -- I -- I -- on this point, what I can say is, whatever the Court does in terms of if the records are directed to produce to us, we will fully comply with the Court's order.  And if the Court specifically has a limitation on that use that limits the United States to examine in compliance with HAVA and the NVRA, the United States will comply with that order.

THE COURT:  So, as you stand here right now without a limitation on the Department's ability to transfer it to DHS, you don't know, or you believe the plan is, to provide it to DHS?

MR. TUCKER:  So, in terms of if Your Honor is talking about non-publicly available PII, that -- again, I don't believe that's a decision that's been made, nor, you know, under the circumstances it's not consistent with what the United States has specifically stated in its basis and purpose, which is for purposes of doing what we do in the Civil Rights Division, which is looking for enforcement and compliance with the NVRA and HAVA.

What I can say --

THE COURT:  Well, 304 specifically says what records you get can be shared with other government agencies.  And I'm asking you, do you know the Attorney General's plan if they get -- if she gets these voter rolls, are they going to be transmitted to DHS for addition to DHS's SAVE database, or whatever it's called?

MR. TUCKER:  I simply cannot state what the Attorney General's purpose may be at some other time.  What I can say is, as of today, there has been no directive or instruction that the data, the non-publicly available data, is going to be transmitted to any other agency and it's going to be kept in full compliance with the Privacy Act under the Systems of Records Notices that the Department is required to comply with.

THE COURT:  Okay.  So I got a little ahead of myself.  The question of the scope of my role.  To some extent, I understand the limitations that the *Lynd* case sort of contemplated.  But in some respects, *Lynd* is internally inconsistent, because the Court -- and, obviously, it was a very different factual scenario.

The Court said one of the clearest purposes of the Title III proceeding is to enable the Attorney General to assemble all of the voter record information within the time reach of the statute relating to all persons as to whom there

is a question concerning infringement or denial of their constitutional voting rights.

So, even though *Lynd* is being read to suggest the Court doesn't look at the -- look behind the stated -- the Court accepted and discussed the propriety of the purpose under the purposes of the Civil Rights Act at the view from ten thousand feet.  And having done so, that's when it decided "so we can get to sort of a summary proceeding," which would suggest that I can, and I should, decide whether or not what I'm being asked to do and what the Attorney General is trying to do, is, in fact, consistent with the purposes of the voting rights act -- not the voting right act --- I keep doing that -- the Civil Rights Act.

Because the arguments we're hearing is, this has nothing to do with the Civil Rights Act.  And you can't bootstrap Title III to something that has nothing to do with the Civil Rights Act, and I should be looking at that stated purpose to see whether it's consistent with the Civil Rights Act.  If you're going to invoke the Civil Rights Act, you have to invoke the Civil Rights Act, I think is one of the arguments.  They'll tell me if I got it wrong.

So, to some ex -- so *Lynd* says what it says. Obviously not binding on me.  It may or may not be abrogated by *Powell.*  All of that I still need to decide.

But what do I do with the substance of *Lynd* that