**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br>    *v.* <br><br> KRIS WARNER, in his Official Capacity as <br> WEST VIRGINIA SECRETARY OF STATE, <br><br> *Defendant*. | Civil Action No.: 2:26-cv-00156 |

**WEST VIRGINIA ALLIANCE FOR RETIRED AMERICANS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Proposed Intervenor West Virginia Alliance for Retired Americans (the "Alliance") moves the Court to dismiss Plaintiff's complaint, Dkt. No. 1, for failure to state a claim upon which relief may be granted. This Motion is made on the grounds detailed in the accompanying Memornadum of Law.

WHEREFORE, Proposed Intervenor Alliance requests that the Court grant the Motion to Dismiss.

Dated: May 14, 2026,         Respectfully submitted,

                          **POWELL & MAJESTRO PLLC**

                          /s/ *Graham B. Platz*
                          Christina L. Smith (WVSB 7509)
                          Graham B. Platz (WVSB 14093)
                          405 Capitol Street, Suite 807
                          Charleston, WV 25301
                          304-346-2889 / 304-346-2895 (f)
                          csmith@powellmajestro.com
                          gplatz@powellmajestro.com

                          **ELIAS LAW GROUP LLP**

                          Elisabeth Frost (DC Bar No. 1007632)*

1

2

Lucas Lallinger (DC Bar No. 1046778)*
Julianna Astarita (DC Bar No. 6340483)*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 312-5904
efrost@elias.law
llallinger@elias.law
jastarita@elias.law

* Statement of Visiting Attorney filed

*Counsel for Proposed Intervenor-Defendants West Virginia Alliance for Retired Americans*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of May, 2026, with a copy of this document via the Court's CM/ECF system. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

/s/ *Graham B. Platz*
Graham B. Platz (WVSB 14093)

*Counsel for Proposed Intervenor*

3