# Exhibit A

◻

# *UNITED STATES OF AMERICA v. EVANS et al*

**District of Columbia District Court**

Case no. 1:25-cv-04403-RDM (D.D.C.)
Filed date: March 16, 2026
Docket entry no.: N/A

Docket text:

> MINUTE ORDER: Upon consideration of the Proposed Intervenors' Motions to Intervene, Dkt. 9 , Dkt. 12 , it is hereby ORDERED that the motions are GRANTED. Although none of the parties oppose intervention, as the Court noted at the Feb. 5, 2026, motions hearing, there is some question as to whether a party needs Article III standing to intervene as a defendant. See IGas Holdings, Inc. v. Env't Prot. Agency, 146 F.4th 1126, 1135 n.2 (D.C. Cir. 2025). To intervene, a party must have an interest in the subject of the suit, but the requisite interest under Fed. R. Civ. P. 24 is distinct from Article III's injury-in-fact requirement. In light of this uncertainty, the Court requested supplemental briefing on Proposed Intervenors' standing and, in particular, whether the relief sought by Plaintiff would injure Proposed Intervenors in a manner cognizable under Article III. Proposed Intervenors have now addressed that question, and the Court is satisfied that the disclosure of the District's voter-registration list to Plaintiff would cause Proposed Intervenors harm in a manner analogous to the harm to privacy vindicated by the common-law tort of intrusion upon seclusion. See TransUnion LLC v. Ramirez, 594 U.S. 413, 425 (2021) (recognizing the harm to privacy arising from an intrusion upon seclusion as a concrete harm); All. for Retired Americans v. Bessent, 770 F. Supp. 3d 79 (D.D.C. 2025) (finding standing on comparable facts); 3 DCMR § 501.4 (protecting full and partial social security numbers, dates of birth, and email addresses or phone numbers on the District's voter-registration list from public disclosure). Proposed Intervenors' interest in preventing the disclosure of the personally identifiable information of themselves and their members to an unauthorized third party is also sufficient to satisfy the requirements for intervention of right under Rule 24(a)(2). Signed by Judge Randolph D. Moss on 3/16/2026. (lcrdm1) (Entered: 03/16/2026)

This PDF was generated on March 16, 2026 by PacerPro for a text-only docket entry.

https://app.pacerpro.com/cases/1081640134