**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff*,<br><br>   v.<br><br>KRIS WARNER, in his Official Capacity as<br>WEST VIRGINIA SECRETARY OF STATE,<br><br>              *Defendant*. | Civil Action No.: 2:26-cv-00156 |

**WEST VIRGINIA ALLIANCE FOR RETIRED AMERICANS' MOTION FOR LEAVE
TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Proposed Intervenor West Virginia Alliance for Retired Americans (the "Alliance") moves for leave to file a Notice of Supplemental Authority in support of its pending Motion to Intervene (Dkt. No. 4). The Notice of Supplemental Authority is attached hereto as **Exhibit 1**. In support, the Alliance states as follows:

1.  The United States ("DOJ") filed its Complaint on February 26, 2026 seeking West Virginia's full, unredacted statewide voter registration list. *See* Dkt. No. 1.

2.  The Alliance moved to intervene on March 6, 2026. *See* Dkt. No. 4. The deadline for DOJ to respond to that motion was March 20. *See* L.R. 7.1(a). That date elapsed with no response to the motion to intervene. Seven weeks later, DOJ filed a motion for leave to file an untimely opposition. *See* Dkt. No. 36.

3.  The Alliance filed a combined response in opposition to the DOJ's motion for leave to file an untimely opposition and reply in support of the motion to intervene last Friday, May 15. *See* Dkt. No. 47.

1

4.      In its papers in support of its motion to intervene, the Alliance noted that its sister chapters have sought and been granted intervention in 14 of the DOJ's similar actions brought against states across the country. *See* Min. Order, *United States v. Oliver*, No. 25-cv-1193 (D.N.M. Dec. 12, 2025); Order, *United States v. Simon*, No. 25-cv-3761 (D. Minn. Jan. 6, 2026); Min. Order, *United States v. Amore*, No. 25-cv-00639 (D.R.I. Jan. 6, 2026); Min. Order, *United States v. Galvin*, No. 25-cv-13816 (D. Mass. Jan. 6, 2026); Min. Order, *United States v. Thomas*, No. 3:26-cv-00021 (D. Conn. Jan. 13, 2026); Order, *United States v. Pennsylvania*, No. 25-cv-1481 (W.D. Pa. Jan. 16, 2026); Min. Order, *United States v. Copeland Hanzas*, No. 25-cv-903 (D. Vt. Jan. 16, 2026); Order, *United States v. Wis. Elections Comm'n*, No. 25-cv-1036 (W.D. Wis. Jan. 21, 2026); Order, *United States v. DeMarinis*, No. 25-cv-03934 (D. Md. Feb. 2, 2026); *United States v. Benson*, No. 25-cv-1148, 2026 WL 362789 (W.D. Mich. Feb. 10, 2026); Min. Order, *United States v. Evans*, No. 25-cv-04403 (D.D.C. Mar. 16, 2026); Order, *United States v. Aguilar*, No. 25-cv-00728 (D. Nev. Mar. 20, 2026); Text Order, *United States v. Matthews*, 25-cv-03398-CRL-DJQ (C.D. Ill. Mar. 2, 2026); Mem. Op. & Order, *United States v. Adams*, No. 3:26-cv-00019 (E.D. Ky. Apr. 14, 2026).

5.      Yesterday, a fifteenth federal court granted a motion to intervene filed by a sister chapter of the Alliance in these parallel cases. *See* Order Granting Mots. to Intervene, *United States v. Hobbs*, No. C25-6078-KKE (W.D. Wash. May 18, 2025).

6.      The Alliance respectfully seeks leave to file the attached Notice of Supplemental Authority (Ex. 1), submitting this new decision to the Court in support of its motion to intervene.

7.      The foregoing establishes good cause to grant this Motion.

2

Dated: May 19, 2026,                    Respectfully submitted,

                                        **POWELL & MAJESTRO PLLC**

                                        /s/ *Christina L. Smith*

                                        Christina L. Smith (WVSB 7509)
                                        Graham B. Platz (WVSB 14093)
                                        405 Capitol Street, Suite 807
                                        Charleston, WV 25301
                                        304-346-2889 / 304-346-2895 (f)
                                        csmith@powellmajestro.com
                                        gplatz@powellmajestro.com

                                        **ELIAS LAW GROUP LLP**

                                        Elisabeth Frost (DC Bar No. 1007632)*
                                        Lucas Lallinger (DC Bar No. 1046778)*
                                        Julianna Astarita (DC Bar No. 6340483)*
                                        250 Massachusetts Ave. NW, Suite 400
                                        Washington, DC 20001
                                        T: (202) 968-4490
                                        F: (202) 312-5904
                                        efrost@elias.law
                                        llallinger@elias.law
                                        jastarita@elias.law

                                        * Statement of Visiting Attorney filed

                                        *Counsel for Proposed Intervenor-Defendant West
                                        Virginia Alliance for Retired Americans*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of May, 2026, with a copy of this document via the Court's CM/ECF system. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

/s/ *Christina L. Smith*
Christina L. Smith (WVSB 7509)
Graham B. Platz (WVSB 14093)

*Counsel for Proposed Intervenor*