**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br> *v.*<br><br>KRIS WARNER, in his Official Capacity as WEST VIRGINIA SECRETARY OF STATE,<br><br>    *Defendant*. | Case No.: 2:26-cv-00156 |

**<u>WEST VIRGINIA ALLIANCE FOR RETIRED AMERICANS' NOTICE OF
SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO INTERVENE</u>**

Proposed Intervenor the West Virginia Alliance for Retired Americans (the "Alliance") respectfully submits this notice of supplemental authority alerting the Court to an order issued in a related case yesterday, *United States v. Hobbs*, No. C25-6078-KKE (W.D. Wash. May 18, 2025) (attached hereto as **Exhibit A**), which further supports the Alliance's motion to intervene, Dkt. No. 5, in this case.

In *Hobbs*, a federal district court granted the motions to intervene of several organizations, including the Alliance's sister chapter, the Washington Alliance for Retired Americans, in the Department of Justice's parallel action brought against the Washington State Secretary of State seeking the same relief that DOJ seeks here against the West Virginia Secretary of State. This brings the number of cases in which a federal court has granted the motion to intervene of a state chapter of the Alliance in these related cases to 15. *See also* West Va. Alliance Mem. of Law in Supp. Mot. to Intervene, Dkt. No. 5 at 2; West Va. Alliance Combined Resp. in Opp. to Pl.'s Mot.

1

for Leave & Reply in Supp. of Mot. to Intervene, Dkt. No. 47 at 1–2 & n.2 (noting prior orders granting motions to intervene by Alliance chapters in parallel cases).

*Hobbs* granted the motion to intervene over DOJ's opposition, rejecting many of the same arguments DOJ makes here. *See, e.g.*, Ex. A at 3-4. Further, the Washington court is the sixth court in the Ninth Circuit alone to grant motions to intervene in this case, underscoring how significant of an outlier *United States v. Fontes*, No. 2:26-cv-66, 2026 WL 657025 (D. Ariz. Mar. 9, 2026)—the only decision to deny intervention in these cases so far—truly is. *Compare* Order, *United States v. Aguilar*, 3:25-cv-728, Dkt. No. 63 (D. Nev. Mar. 20, 2026) (granting motion of Alliance chapter to intervene); *United States v. Henderson*, No. 2:26-cv-166, 2026 WL 800636, at *2 (D. Utah Mar. 23, 2026) (granting motion of Alliance chapter to intervene); Mins. of Mot. Hr'g, *Weber*, No. 2:25-cv-09149, Dkt. No. 69 (C.D. Cal. Nov. 21, 2025) (granting motion to intervene of organizations based on interests similar to those asserted by the Alliance); *United States v. Oregon*, No. 6:25-CV-01666- MTK, 2025 WL 3496571, at *2 (D. Or. Dec. 5, 2025) (similar); Min. Order, *United States v. Nago*, No. 1:25-cv-522, Dkt. 20 (D. Haw. Jan. 5, 2026) (similar).

Dated: May 19, 2026,                    Respectfully submitted,

**POWELL & MAJESTRO PLLC**

/s/  *Christina L. Smith*
Christina L. Smith (WVSB 7509)
Graham B. Platz (WVSB 14093)
405 Capitol Street, Suite 807
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
csmith@powellmajestro.com
gplatz@powellmajestro.com

**ELIAS LAW GROUP LLP**

Elisabeth Frost (DC Bar No. 1007632)*
Lucas Lallinger (DC Bar No. 1046778)*
Julianna Astarita (DC Bar No. 6340483)*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 312-5904
efrost@elias.law
llallinger@elias.law
jastarita@elias.law

* Statement of Visiting Attorney filed concurrently with motion

*Counsel for Proposed Intervenor-Defendant West Virginia Alliance for Retired Americans*

3

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of May, 2026, with a copy of this document via the Court's CM/ECF system. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

 /s/ *Christina L. Smith*
Christina L. Smith (WVSB 7509)
Graham B. Platz (WVSB 14093)

*Counsel for Proposed Intervenor*