**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**THE UNITED STATES OF AMERICA,**

    *Plaintiff*,

    v.

**KRIS WARNER, in his Official Capacity
as WEST VIRGINIA SECRETARY OF
STATE,**

    *Defendant*.

**Civil Action No. 2:26-cv-00156
Hon. Thomas E. Johnston**

**DEFENDANT KRIS WARNER'S
<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

A federal circuit court has now ruled against the Government's position. In *United States v. Benson*, No. 26-1225, slip op. (6th Cir. June 24, 2026), the U.S. Court of Appeals for the Sixth Circuit affirmed the dismissal of a motion to compel production of Michigan's voter records. The Court agreed that "Title III's narrow text cannot withstand the weight of the government's broad request." *Id.* at 2. So too here.

As the Secretary argued before this Court, the Sixth Circuit held that Michigan's Secretary of State "did not acquire, obtain, or receive the qualified voter file from a third party," so the file is not subject to Title III. *Id.* at 9. And even if the voter file were a "record" under Title III, the Government had also "failed to comply with § 20703" in requesting it. *Id.* at 15. There, as here, "[n]one of the … letters" that the Government sent to the State "contain[ed] both a statement of the basis along with the purpose of the government's request for [the state]'s qualified voter file." *Id.*

No court has agreed with the Government's position in these related cases. In fact, a federal district court in Maryland recently "join[ed] every court to have addressed this issue" in rejecting

1

the Government's arguments, too.  *United States v. DeMarinis*, No. CV SAG-25-3934, 2026 WL 1780586, at \*5 (D. Md. June 18, 2026) (holding voter files were not covered "records").  Now, the only circuit court to address the issue thus far has likewise rejected the Government's argument.  This Court should do the same.

Respectfully submitted,

/s/ *Michael R. Williams*
Michael R. Williams (WV Bar # 14148)
 *Solicitor General*
Caleb A. Seckman (WV Bar # 13964)
 *Assistant Solicitor General*
West Virginia Attorney General's Office
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
Michael.R.Williams@wvago.gov
Caleb.A.Seckman@wvago.gov
Telephone: (304) 558-2021
Fax: (304) 558-0140

*Counsel for Defendant Kris Warner*

DATE: June 25, 2026