**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br>    *v.* <br><br> KRIS WARNER, in his Official Capacity as WEST VIRGINIA SECRETARY OF STATE, <br><br> *Defendant.* | Civil Action No.: 2:26-cv-00156 |

**WEST VIRGINIA ALLIANCE FOR RETIRED AMERICANS' MOTION FOR LEAVE
TO FILE THIRD NOTICE OF SUPPLEMENTAL AUTHORITY**

Proposed Intervenor West Virginia Alliance for Retired Americans (the "Alliance") moves for leave to file a Notice of Supplemental Authority in support of its proposed Motion to Dismiss. *See* Dkt Nos. 43–45. The Notice of Supplemental Authority is attached hereto as **Exhibit 1**. In support, the Alliance states as follows:

1.     The United States ("DOJ") filed its Complaint on February 26, 2026 seeking West Virginia's full, unredacted statewide voter registration list. *See* Dkt. No. 1.

2.     The Alliance filed a motion for leave to file a motion to dismiss the complaint on May 14, 2026. *See* Dkt. No. 43.

3.     In its memorandum of law in support of its proposed motion to dismiss, the Alliance noted that every federal court to have reached a decision in the parallel lawsuits that DOJ has filed across the country has dismissed DOJ's complaint. *See* Dkt. No. 45, at 1 (listing decisions).

4.     Two additional federal courts have issued opinions dismissing DOJ's complaints in parallel lawsuits seeking Pennsylvania's and New Hampshire's unredacted voter registration

1

lists. *See United States v. Schmidt*, No. 2:25-cv-01481-CB, 2026 WL 1850016 (W.D. Pa. June 27, 2026); *United States v. Scanlan*, No.25-cv-371-JL, 2026 WL 1864054 (D.N.H. June 29, 2026).

5.      The Alliance respectfully seeks leave to file the attached Notice of Supplemental Authority (Ex. 1), submitting these new decisions to the Court in support of its proposed motion to dismiss.

6.      The foregoing establishes good cause to grant this Motion.

Dated: June 30, 2026                                Respectfully submitted,


                                                    **POWELL & MAJESTRO PLLC**

                                                    /s/ *Graham B. Platz*
                                                    Christina L. Smith (WVSB 7509)
                                                    Graham B. Platz (WVSB 14093)
                                                    405 Capitol Street, Suite 807
                                                    Charleston, WV 25301
                                                    304-346-2889 / 304-346-2895 (f)
                                                    csmith@powellmajestro.com
                                                    gplatz@powellmajestro.com

                                                    **ELIAS LAW GROUP LLP**

                                                    Elisabeth Frost (DC Bar No. 1007632)*
                                                    Lucas Lallinger (DC Bar No. 1046778)*
                                                    Julianna Astarita (DC Bar No. 6340483)*
                                                    250 Massachusetts Ave. NW, Suite 400
                                                    Washington, DC 20001
                                                    T: (202) 948-1135
                                                    F: (202) 312-5904
                                                    efrost@elias.law
                                                    llallinger@elias.law
                                                    jastarita@elias.law
                                                    * Statement of Visiting Attorney filed

                                                    *Counsel for Proposed Intervenor*


2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 30th day of June, 2026, with a copy of this document via the Court's CM/ECF system. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

/s/   *Graham B. Platz*
Christina L. Smith (WVSB 7509)
Graham B. Platz (WVSB 14093)

*Counsel for Proposed Intervenor*
