## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

KRIS WARNER, in his official capacity as
West Virginia Secretary of State,

      Defendant.

Civil Case No.: 2:26-CV-00156-TEJ

## MOTION FOR ENTRY OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(d), the United States of America respectfully requests that this Court enter an order denying as moot all outstanding motions in this case and order the clerk to enter judgment. While the Court has not explicitly ruled on ECF Nos. 21, 23, 30, 35, 38, 40, 41, 43, 44, 48, 52, and 54, they have all been mooted by the Court's Memorandum Opinion and Order granting the Defendant's motion to dismiss. ECF 56. The clerk has informed the United States that judgment will not be entered until the Court rules on the outstanding motions.

Wherefore, the United States respectfully requests that the Court deny all outstanding motions as moot and order the clerk to enter a final judgment.

DATED: August 6, 2026,                        Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC SELL
Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ *Christopher J. Gardner*
Christopher J. Gardner
James T. Catania
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
Christoper.Gardner@usdoj.gov
James.Catania@usdoj.gov
Attorneys for the United States