**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

KRIS WARNER, in his official capacity as Secretary of State for the State of West Virginia,

Defendant.

Civil Case No.: 2:26-CV-00156-TEJ

**NOTICE OF APPEAL**

Plaintiff United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Memorandum Opinion and Order (ECF 56) granting the Defendant's Motion to Dismiss (ECF 24) and denying the United States' Motion to Compel (ECF 15) entered in this action on July 13, 2026.

DATED: September 9, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC A. SELL
Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

_/s/ James Thomas Tucker_
JAMES THOMAS TUCKER
JOSEPH W. VOILAND
JAMES T. CATANIA
Trial Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
Washington, D.C. 20002
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Attorneys for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

Respectfully submitted,

*/s/ James Thomas Tucker*
James Thomas Tucker