# APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 09/09/26

✔ First NOA in Case
___ Subsequent NOA-same party
___ Subsequent NOA-new party
___ Subsequent NOA-cross appeal
___ Paper ROA ___ Paper Supp.
Vols: ____________
Other: ____________

**District:** Southern District of West Virginia

**Division:** Charleston

**Caption:** The United States of America
v.
Kris Warner

**District Case No.:** 2:26-cv-00156

**4CCA No(s). for any prior NOA:**

**4CCA Case Manager:**

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other ____________

**Confinement**-Criminal Case**:**
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address-**Criminal Case**:**

**District Judge:** Judge Thomas E. Johnston

**Court Reporter** (list all):

**Coordinator**: Lynn Cooper

**Fee Status:**

✔ No fee required (USA appeal) ___ Appeal fees paid in full ___ Fee not paid

**If the fee has not been paid, please check one of the following:**

**Criminal Cases:**
___ Defendant proceeded under CJA in district court.
___ Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases**:
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply)**:**
____ Portions of record under seal
____ Entire record under seal
____ Party names under seal
____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable)**:**
___ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable)**:**
✔ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
✔ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: Christine Boone Phone: 304-347-3000 Date: 09/10/26