FILED: September 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-2262
(2:26-cv-00156)

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

KRIS WARNER, in his Official Capacity as West Virginia Secretary of State

Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:26-cv-00156 |
| Date notice of appeal filed in originating court: | 09/09/2026 |
| Appellant | United States |
| Appellate Case Number | 26-2262 |
| Case Manager | A. Walker<br>804-916-2702 |