**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

THE UNITED STATES OF AMERICA,

Plaintiff,

v. CIVIL ACTION NO. 2:26-cv-00156

KRIS WARNER,
*in his Official Capacity as*
*West Virginia Secretary of State,*

Defendant.

**ORDER**

Pending before the Court is the United States of America's Motion for Entry of Judgment, (ECF No. 59.) The Court **GRANTS** the motion. Accordingly, the following motions, (ECF Nos. 21, 23, 30, 35, 38, 40, 41, 43, 44, 48, 52, and 54), are hereby **DENIED** as **MOOT**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: 9/28/2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE